UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,
    Plaintiff,

v.
                                         Civil Action No. 26-cv-1471-KG-LF

THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RAUL TORREZ, in his
Official Capacity as Attorney General of
the State of New Mexico; CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as Mayor of the
City of Albuquerque;
    Defendants.

### Notice that Defendants Oppose the United States's
### Motion for Preliminary Injunction (Doc. 2)

In accord with D.N.M.LR-Civ.7.1(a), the United States has contacted attorneys from the

Office of the General Counsel of the Governor of New Mexico, the New Mexico Department of

Justice, and the City Attorney for the City of Albuquerque. They have stated that the United

States's Motion for Preliminary Injunction (Doc. 2) is opposed by all Defendants.

                                          Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Asst. Attorney General
Civil Division

RYAN ELLISON
First Assistant United States Attorney

ROBERT O. LINDEFJELD
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litig. Branch
P.O. Box 386
Washington, DC 20044-0386
robert.o.lindefjeld@usdoj.gov

*/s/ Emil J. Kiehne*
EMIL J. KIEHNE
Assistant U.S. Attorney
U.S. Attorney's Office, District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, New Mexico 87102

2

TIBERIUS DAVIS  emil.kiehne@usdoj.gov
Counsel to the Assistant Attorney General

JACKSON M. STORY  *Attorneys for the United States of America*
Trial Attorney
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I served copies of the foregoing Notice to the following Parties via electronic mail:

PARTIES: State of New Mexico and Governor Michelle Lujan Grisham, in her Official Capacity as Governor of New Mexico
c/o Honorable Holly Agajanian
Chief General Counsel to Governor Michelle Lujan Grisham
Office of the Governor
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501-2794
holly.agajanian@exec.nm.gov

PARTIES: State of New Mexico and Governor Michelle Lujan Grisham, in her Official Capacity as Governor of New Mexico
c/o Honorable Kyle P. Duffy
Deputy General Counsel to Governor Michelle Lujan Grisham
Office of the Governor
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501-2704
kyle.duffy@exec.nm.gov

PARTIES: City of Albuquerque and Timothy Keller, in his Official Capacity as Mayor of the City of Albuquerque
c/o Honorable Lauren Keefe
City Attorney for the City of Albuquerque
P.O. Box 2248
Albuquerque, NM 87103-2248
lkeefe@cabq.gov

PARTIES: City of Albuquerque and Timothy Keller, in his Official Capacity as Mayor of the City of Albuquerque
c/o Honorable Ethan Watson
City Clerk for the City of Albuquerque
P.O. Box 1293
Albuquerque, NM 87103-1293
cityclerk@cabq.gov

PARTY: Honorable Raúl Torrez, in his
Official Capacity as Attorney General for
the State of New Mexico
c/o Honorable James W. Grayson
Chief Deputy Attorney General
New Mexico Department of Justice
P.O. Box 1508
Santa Fe, NM 87504-1508
jgrayson@nmdoj.gov

PARTY: Honorable Raúl Torrez, in his
Official Capacity as Attorney General for
the State of New Mexico
c/o Honorable Anjana Samant
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Box 1508
Santa Fe, NM 87504-1508
asamant@nmdoj.gov

/s/ Emil J. Kiehne
EMIL J. KIEHNE
Assistant United States Attorney
U.S. Attorney's Office
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
Tel. (505) 346-7274
emil.kiehne@usdoj.gov

4