*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF NEW MEXICO*

*Clerk's Minutes*
*Before the Honorable Kenneth J. Gonzales*

*Title:*  **USA v. NM, et al., CIV 26-1471 KG/JFR**

*Date:* **Tuesday, May 12, 2026**                    *Court Interpreter:* **None**

*Courtroom Clerk:* **Theresa A. Hall**               *Court Reporter:* **Carmela McAlister**

*Court in Session:* **3:00 p.m.**   *Court in Recess:* **3:15 p.m.**   *In-Court Time*: **15 mins.**

*Type of Proceeding:* **Status Conference via Zoom**

*Court's Rulings/Disposition:* **See below**

*ATTORNEYS PRESENT FOR PLAINTIFF:*
   **Tiberius Davis**
   **Emil John Kiehne**
   **Robert Olaf Lindefjeld**

*ATTORNEYS PRESENT FOR DEFENDANTS:*
   **Anjana Samant (obo State of NM & Raul Torrez)**
   **Bailey Colfax (obo State of NM & Raul Torrez)**
   **Holly Agajanian (obo Michelle Lujan Grisham)**
   **Kyle Duffy (obo Michelle Lujan Grisham)**
   **Devon King (obo City of ABQ & Timothy Keller)**
   **Lauren Keefe ((obo City of ABQ & Timothy Keller)**

*OTHERS PRESENT:*
   **KRQE News**
   **Rebecca Sheff**
   **Michael Anderson**
   **CNS Joe Duhownik**

*PROCEEDINGS*:
*3:00 p.m.*                    COURT IN SESSION

                              Counsel make their appearances and the Court calls the case.

                              This matter is before the Court on the United States of America's Motion for
                              Preliminary Injunction, Doc. 2.  The Court is holding this status conference to discuss a
                              briefing schedule.  The parties indicate they may have a stipulation as to the motion.
                              The Court gives the parties until the end of business on 5/13/2026 to notify the Court if
                              a stipulation has been reached, and if not, they will have until the end of business on
                              5/15/2026 to come up with a joint briefing schedule.  The Court indicates that if a
                              stipulation is not met, he intends to set the motion hearing as early as Monday, May 18,
                              2026.

*3:15 p.m.*                    COURT IN RECESS