AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26-cv-1471 |
| STATE OF NEW MEXICO, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants State of New Mexico and Raul Torrez, in his official capacity as A.G. of the State of NM.                   .

Date:     05/13/2026

/s/ Bailey Quinn Colfax
*Attorney's signature*

Bailey Quinn Colfax, NM Bar No. 160604
*Printed name and bar number*

408 Galisteo Street
Santa Fe, NM  87501

*Address*

bcolfax@nmdoj.gov
*E-mail address*

(505) 629-3252
*Telephone number*

*FAX number*