IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                                    No. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, *et al.*,

    Defendants.

## STIPULATED ORDER

This matter comes before the Court on the Stipulation of the Parties (Plaintiff United States, and Defendants Attorney General Raúl Torrez and State of New Mexico), filed with this court on May 13, 2026, Doc. 10.

In relevant part, the Stipulation includes the Parties' agreement that the United States withdraw its Motion for Preliminary Injunction, Doc. 2, from this Court's consideration, in exchange for Defendants agreement that "they will not bring any civil action, as authorized by Section 5 of HB9, or take any other action to challenge or seek, demand, or require the termination of the Otero-ICE Agreement or Otero-MTC Agreement until the date on which a final judgment on the merits has been issued as to all claims in this action." Doc. 10 at 4.

Having reviewed the Stipulation and being otherwise advised, and in the interest of justice, the Court hereby adopts the Stipulation. The entirety of this case will proceed on a schedule to be determined to resolve the issues on the merits.

    IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE
Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.