IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              No. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court following a status conference held on May 12, 2026.  At that conference, the Court instructed the parties to submit a proposed briefing schedule to resolve the issues raised by the United States on the merits.  Because the parties did not send a proposal, the Court sets a schedule consistent with Federal Rule of Civil Procedure 12.

Defendants shall file a response to the complaint within 21 days of service of the complaint, by May 29, 2026.  The United States shall file a reply within 21 days thereafter, by June 19, 2026.

| Event | Date |
|---|---|
| Plaintiff's Complaint | Friday, May 8, 2026 |
| Defendants' Response | Friday, May 29, 2026 |
| Plaintiff's Reply | Friday, June 19, 2026 |

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.