**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *Plaintiff,* v. THE STATE OF NEW MEXICO, *et al.,* *Defendants.* | 1:26-cv-01471-KG-LF |

## DEFENDANTS' UNOPPOSED MOTION REGARDING BRIEFING SCHEDULE

Defendants State of New Mexico, Governor Michelle Lujan Grisham, Attorney General Raúl Torrez, City of Albuquerque, and Mayor Timothy Keller (collectively, "Defendants") hereby move this Court for a modification of the Order Setting Briefing Schedule (Doc. 13, May 18, 2026) in light of the timing of service of process.

Plaintiff commenced the above-captioned matter by filing a Complaint (Doc. 1, May 8, 2026) and Motion for Preliminary Injunction (Doc. 2, May 8, 2026) on May 8, 2026.

During the May 12, 2026 status conference, the Parties indicated that they may be able to reach a stipulation as to Plaintiff's Motion for Preliminary Injunction. (*See* Doc. 9, May 12, 2026). In light of this development, the Court gave the Parties "until the end of business on 5/13/2026 to notify the Court if a stipulation has been reached, and if not, they will have until the end of business on 5/15/2026 to come up with a joint briefing schedule. The Court indicates that if a stipulation is not met, he intends to set the motion hearing as early as Monday, May 18, 2026." *Id.*

1

On May 13, 2026, the Parties submitted a stipulation under which Plaintiff agreed to withdraw its Motion for Preliminary Injunction and Defendants State of New Mexico and Torrez agreed to refrain from bringing any civil action, as authorized by Section 5 of HB9, or taking any other action to challenge or seek, demand, or require the termination of the Otero-ICE Intergovernmental Services Agreement or Otero-MTC Operations, Management, and Maintenance Agreement until the date on which a final judgment on the merits has been issued as to all claims in this action. (Doc. 10, May 13, 2026). The Court adopted the stipulation on May 15, 2026, and noted that the case "will proceed on a schedule to be determined to resolve the issues on the merits." (Doc. 12, May 15, 2026).

Following adoption of the joint stipulation, the Parties began conferring about a briefing schedule.

During these negotiations and consistent with Fed. R. Civ. P. 12, the Parties used the date of service as the date from which all briefing deadlines would follow.

On May 18, 2026, the Court entered an Order Setting Briefing Schedule, setting Defendants' response to the complaint "within 21 days of service of the complaint, May 29, 2026." (Doc. 13, May 18, 2026).

Defendants State of New Mexico, Governor Lujan Grisham, and Attorney General Torrez did not receive service of process until May 18, 2026.[1] Defendants City of Albuquerque and Defendant Keller received service of process on May 8, 2026.

Defendants apologize for misreading the Minutes of the May 12 status conference to mean the Friday, May 15, 2026 deadline was inapplicable because the Parties had agreed on a

---

[1] The erroneous mailing address used to mail the summons and complaint to Attorney General Torrez was "201 3rd Street NW, Santa Fe, NM" instead of Albuquerque.

proposed stipulation, and respectfully ask that the Court modify its Order Setting Briefing

Schedule to begin from the date of service of process as follows:

| Event | Date | Notes |
|---|---|---|
| Defendants' Motions to Dismiss | Monday, June 8, 2026 | Each Defendant may file their own Motion to Dismiss within the page limits prescribed by the Local Rules of the District of New Mexico |
| Plaintiff's Response | Monday, June 22, 2026 | Plaintiff will file a consolidated Response to Defendants' Motions to Dismiss, with up to 20 additional pages |
| Defendants' Replies | Monday, July 6, 2026 | |

Defendants request a hearing on the Motions as soon as possible following the filing of

Defendants' Replies.

Defendants made a good-faith request for concurrence from Plaintiff United States of

America. Plaintiff informed Defendants that they do not oppose the motion.

3

DATED: May 19, 2026

Respectfully Submitted,

*/s/ Anjana Samant*

RAÚL TORREZ
ATTORNEY GENERAL
NEW MEXICO DEPARTMENT OF
    JUSTICE

Anjana Samant
Deputy Counsel
Bailey Colfax
Assistant Attorney General

408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
asamant@nmdoj.gov
bcolfax@nmdoj.gov

*Counsel for Defendants Attorney General
Raúl Torrez and State of New Mexico*

*/s/ Holly Agajanian*

MICHELLE LUJAN GRISHAM
GOVERNOR OF THE STATE OF
    NEW MEXICO

Holly Agajanian
Chief General Counsel
Kyle P. Duffy
Deputy General Counsel

490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501-2704
Tel. (505) 476-2210
holly.agajanian@exec.nm.gov
kyle.duffy@exec.nm.gov

*Counsel for Governor Michelle Lujan
Grisham*

*/s/ Lauren Keefe*

CITY OF ALBUQUERQUE

Lauren Keefe
City Attorney

Devon King
Deputy City Attorney

One Civic Plaza NW
PO Box 2248
Albuquerque, NM 87103
Tel. (505) 768-4628
lkeefe@cabq.gov
dking@cabq.gov

*Counsel for City of Albuquerque and Mayor
Tim Keller*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, the foregoing Defendants' Unopposed Motion for Briefing Schedule was filed with the Clerk of the Court, using the CM/ECF system, causing all parties to be electronically served.

*/s/ Anjana Samant*
Anjana Samant