IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                              No. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, *et al.*,

      Defendants.

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on Defendants' Unopposed Motion Regarding Briefing

Schedule, Doc. 15.  The Court grants the Motion and modifies its previous Order, Doc. 13.  The

briefing on the Motions to Dismiss will proceed as follows:

| Event | Date | Notes |
|---|---|---|
| Defendants' Motions to Dismiss | Monday, June 8, 2026 | Each Defendant may file their own Motion to Dismiss within the page limits prescribed by the Local Rules of the District of New Mexico |
| Plaintiff's Response | Monday, June 22, 2026 | Plaintiff will file a consolidated Response to Defendants' Motions to Dismiss, with up to 20 additional pages |
| Defendants' Replies | Monday, July 6, 2026 | |

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.