**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

THE UNITED STATES OF AMERICA,

*Plaintiff,*

v.                                                          1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, *et al.*,

*Defendants.*

## <u>CERTIFICATE OF GOOD STANDING</u>

### <u>SAMUEL PASSCHIER SIEGEL</u>



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Samuel Passchier Siegel*

*was duly qualified and admitted on July 11, 2025 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 02, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*