AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01471-KG-LF |
| THE STATE OF NEW MEXICO, *et al.* | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Albuquerque and Timothy Keller                                                                .

Date:      June 5, 2026                                  /s/  Toby Merrill
                                                         *Attorney's signature*


                                           Toby Merrill (Massachusetts Bar #601071)
                                                  *Printed name and bar number*

                                                  490 43rd Street, Unit 115
                                                    Oakland, CA 94609


                                                         *Address*


                                           toby.merrill@publicrightsproject.org
                                                      *E-mail address*


                                                  (510) 738-6788
                                                  *Telephone number*


                                                      *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|