**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | 1:26-cv-01471-KG-LF |
| THE STATE OF NEW MEXICO, *et al.*, | |
| *Defendants.* | |

**CERTIFICATE OF GOOD STANDING**

**MARY B. McCORD**

T

1



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Mary B McCord*

*was duly qualified and admitted on March 4, 1991 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on May 08, 2026.***

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*