# EXHIBIT C



**BERNALILLO COUNTY
BOARD OF COUNTY COMMISSIONERS
ORDINANCE NO. _2 0 2 5 _ _3 3_**

The Bernalillo County Code is amended to include a new chapter providing for Safer Community Places for all Bernalillo County residents.

**Chapter [ ].**

**Sec. [ ]. AUTHORITY AND PURPOSE OF SAFER COMMUNITY PLACES.**

Pursuant to Article X, Section 5(c), an incorporated county may exercise all powers and shall be subject to all limitations granted to municipalities by Article 9, Section 12 of the constitution of New Mexico and all powers granted to municipalities by statute. Accordingly, a county may enact an ordinance where the legislature has granted a county the authority to provide for the safety, preserve the health, promote the prosperity, and improve the morals, order and comfort and convenience of its inhabitants. NMSA 1978 § 4-37-1.

Pursuant to Article II, Section 4, of the New Mexico Constitution, all persons are born equally free, possessing inherent inalienable rights of enjoying life and liberty, and of seeking and obtaining safety and happiness.

Pursuant to Article II, Section 3 of the New Mexico Constitution, the people of our state have the sole and exclusive right to self-government as a free, sovereign and independent state.

Pursuant to Article II, Section 5 of the New Mexico Constitution, preserved inviolate to the people of our state are the rights, privileges and immunities, civil and religious guaranteed by the Treaty of Guadalupe Hidalgo.

CONTINUATION PAGE 2, <u>ORDINANCE 2025-</u> 33

Pursuant to Article II, Section 7 of the New Mexico Constitution, the privilege of the writ of habeas corpus shall never be suspended unless required by public safety in the event of rebellion or invasion.

Pursuant to Article II, Section 9 of the New Mexico Constitution, the military shall always be strictly subordinate to civil power.

Pursuant to Article II, Section 10 of the New Mexico Constitution, the people of our state shall be secure in their persons and property from unreasonable searches and seizures, and all warrants, whether for search or seizure, shall be supported by a written showing of probable cause, supported by oath or affirmation, describing the persons or property subject to search or seizure.

For law enforcement including immigration enforcement to search or enter any nonpublic area, including within a designated Safer Community Place the County affirms that the Fourth Amendment and Art. II, Section 10 of the New Mexico Constitution generally require a valid judicial warrant issued by a neutral judge or magistrate, based on probable cause, describing with specificity the place to be searched and items or persons to be seized.

**Sec. II.  SAFER COMMUNITY PLACES.**

Thus, under the County's authority to ensure its inhabitants may access the resources and spaces necessary to promote their health, safety, and welfare in a manner free from discrimination, the County shall designate at least the following as Safer Community Places:

1. Hospitals and other healthcare facilities
2. Schools
3. Places where children routinely gather, including schools and daycares
4. Designated disaster and emergency response sites
5. County owned or operated facilities

CONTINUATION PAGE 3, <u>ORDINANCE 2025-3 3</u>

6. Community resource centers and direct service providers including legal service providers, homeless shelters, sexual and domestic violence providers, family justice centers, and human trafficking service providers

7. Work zones and construction sites on County property and within County rights of way

8. Other similar locations whose purpose is to promote the health safety and welfare of residents as determined by the County

**Sec. [ ]. IMPLEMENTATION.**

**A. Entry into a Safer Community Place**

Pursuant to this affirmation and the aforementioned authority of the County, the County shall develop the necessary policies within 30 days of passage of this ordinance to prohibit a Safer Community Place from providing voluntary consent to law enforcement agents engaged in or supporting immigration enforcement from:

(1) entering non-public areas; or

(2) accessing, reviewing or obtaining student or patient records.

(a)This section does not prohibit a Safer Community Place from complying with a valid judicial warrant authorizing a search of such records or a valid judicial subpoena or judicial order compelling production of such records, or

(b) providing consent to enter a Safer Community Place under exigent circumstances (involving an imminent threat to bodily harm or where law enforcement are in immediate pursuit of a suspect who has imminently fled into a private area).

**B. County Duties**

The County Manager will develop and implement a policy to ensure staff training and the posting of clear signage marking non-public spaces within County buildings and County funded

**CONTINUATION PAGE 4, <u>ORDINANCE 2025-</u>3 3**

facilities. For other facilities the County shall conduct outreach and request to work with building and location administrators to develop policy and training around private spaces and fourth amendment protections. The County shall offer signage and model policy language as part of this outreach.

**Sec. []. DELINEATING PRIVATE SPACES.**

Within 90 days of passage of this ordinance, the County Manager shall:

a. Develop a policy requiring all businesses seeking to register or re-register with the County to display signage delineating private spaces.

b. Develop a policy of requiring businesses seeking to register or re-register with the County with five or more employees to adopt a safety plan that meets minimum standards for compliance, along with template policies and informational resources, to be made available by Bernalillo County and available on the County's website.

(1) A safety plan is a plan to protect workers, customers, and other individuals present at the place of business from unwanted intrusion by law enforcement into the private spaces of a place of business.

c. Develop a policy to request additional information or documentation as necessary to make a determination about the compliance with the minimum standards.

**Sec []. WORKER NOTIFICATION.**

**A. Notifying Employees of I-9 Inspection**

(1) An employer shall provide notice to each current employee of any inspection by a government agency of I-9 Employment Eligibility Verification forms or other employment records, except as otherwise required by federal law.

(2) An employer must provide this notice no later than 24 hours after receiving a notice of inspection by an agency by posting a notice in a conspicuous and accessible location and by making reasonable attempts to individually distribute notification to employees in the

CONTINUATION PAGE 5, ORDINANCE 20253 3

language the employer normally uses to communicate employment-related information to the employee.

The notice to employees shall include:

    a.   the name of the agency conducting the inspection;

    b.   the date the employer  received the notice of inspection;

    c.   the scope of the federal agency's notice of inspection, to the extent the employer knows;

    d.   a website address, prescribed by the County, for a website that provides information provided by community organization(s) related to immigrant and refugee rights or workers' rights;

    e.   a copy of the notice of inspection; and

    f.   written notice shall also be given within 24 hours to the employee's authorized representative, if any.

The County shall, within 3 months of the enactment of this ordinance, make a template notice available on its website so that it is accessible to any employer.

Except as otherwise required by federal law, if during an inspection of the employer's I-9 Employment Eligibility Verification forms by an government agency, the government agency makes a determination that the employee's work authorization documents do not establish that the employee is authorized to work in the United States and provide the employer with notice of that determination, the employer shall provide written notice to each affected employee, and to their authorized representative, if any.

Within 24 hours of receipt of this notice, the employer shall also provide to each affected employee, and to the employee's authorized representative, if any:

    a.   written notice containing a description of any and all deficiencies or other terms identified in the written immigration inspection notice related to the affected employee;

**CONTINUATION PAGE 6, <u>ORDINANCE 2025-</u> 3. 3**

     b.  the time period for correcting any potential deficiencies identified by the immigration agency;

     c.  the time and date of any meeting with the employer and employee to correct any identified deficiencies; and

     d.  notice that the employee has the right to representation during any meeting scheduled with the employer.

          (1) The notice shall relate to the affected employee only and shall be delivered by hand at the workplace if possible and, if hand delivery is not possible, by mail and email, if the email address of the employee is known, and to the employee's authorized representative.

An "affected employee" is an employee identified by the immigration agency inspection results to be an employee who may lack work authorization, or an employee whose work authorization documents have been identified by the immigration agency inspection to have deficiencies.

An "employee's authorized representative" means an exclusive collective bargaining representative.

The County shall, within 3 months of the enactment of this ordinance, make a template notice available on its website so that it is accessible to any employer.

**B. Notifying Workers of Immigration Enforcement**

If a law enforcement agent engaging in or supporting immigration enforcement is present at a place of work other than as part of an I-9 inspection, the business shall provide notice to all current employees, contractors, and others performing work for the employer for remuneration. The individual or entity must provide this notice within 24 hours of a law enforcement agent engaging in or supporting immigration enforcement being present at a place of work. The notice to employees, contractors, and others performing work for the employer for remuneration shall include:

     a.  the name of the agency;

**CONTINUATION PAGE 7, <u>ORDINANCE 2025-</u> 3.3**

      b.  the date the law enforcement agent actor was present at the place of work, and

      c.  the nature of the law enforcement agent's actions.

These notices shall be provided by the individual or entity in the language normally used by the individual or entity to communicate work-related information to employees, contractors, or others acting on behalf of the individual or entity and may be provided by electronic media such as email.

The County shall, within 3 months of the enactment of this ordinance, make a template notice available on its website so that it is accessible to any employer.

**Sec. [ ]. SEVERABILITY CLAUSE.**

If any section, paragraph, sentence, word or phrase of this ordinance is for any reason held to be invalid or unenforceable by any court of competent jurisdiction, such decision shall not affect the validity of the remaining provisions of the ordinance. The Commission hereby declares that it would have passed this ordinance and each division, section, paragraph, sentence, clause, word or phrase thereof irrespective of any provision declared unconstitutional or invalid.

**BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF BERNALILLO COUNTY, NEW MEXICO** this 18th day of November, 2025.

**APPROVED AS TO FORM**        **BOARD OF COUNTY COMMISSIONERS**

_____      _____
W. Ken Martinez, County Attorney        Eric C. Olivas, Chair

                                        _____
                                        Adriann Barboa, Vice-Chair

                                        _____
                                          Barbara Baca, Member

**ATTEST:**                        _____
                                          Frank A. Baca, Member

                                        Voted No
_____      _____
Michelle Kavanaugh, County Clerk        Walt Benson, Member

BERNALILLO COUNTY
COUNTY CLERK
SEAL
STATE OF NEW MEXICO