# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,       )
                                    )
        Plaintiff,                  )
                                    )
                                    )  Civil Action No. 26-cv-1471
        v.                          )
                                    )
THE  STATE  OF  NEW  MEXICO;        )
MICHELLE LUJAN GRISHAM, in her      )
Official Capacity as Governor of the State  )
of New Mexico; RAUL TORREZ, in his  )
Official Capacity as Attorney General of  )
the State of New Mexico; CITY OF    )
ALBUQUERQUE; TIMOTHY KELLER,        )
in his Official Capacity as Mayor of the  )
City of Albuquerque;                )
                                    )
        Defendants.                 )

## DECLARATION OF WILLIAM DEREVERE

I, William DeRevere, declare under penalty of perjury, that the following is true and correct to the best of my knowledge and belief.

1.  I am over twenty-one (21) years of age, of sound mind, and competent to provide this declaration.

2.  I am employed by Management & Training Corporation ("MTC"), a Delaware corporation headquartered in Centerville, Utah, as Vice President, Corrections – Region I. I have served in this capacity since September 2024. I am duly qualified and authorized to provide this declaration on behalf of MTC.

3.  I began my career at MTC in 2007.  Prior to my promotion to Vice President, Corrections – Region I in 2024, I worked for MTC in various capacities, including Facility Administrator at the Imperial Regional Detention Facility in California, Deputy Warden at the Wilkinson Correctional Facility in Mississippi, and Special Investigative Supervisor at the Taft Correctional Institution in California.

4.  In my role as Vice President, Corrections – Region I, I oversee the operation of numerous federal and state corrections and detentions facilities, including the Otero County Processing Center ("OCPC") located in Chapparal, Otero County, New Mexico.

5.  I have personal knowledge of the facts stated herein based on my own involvement in these matters and my association with employees, representatives, and agents of MTC.

**About MTC**

6.  Initially formed as a government contractor operating Job Corps Centers on behalf of the U.S. Department of Labor, MTC first entered the private corrections and detentions market in the late 1980s. Since that time, it has become the third largest provider of private detentions and corrections services in the United States.

7.  MTC commenced operation of its first immigration detention center in 1999, and currently operates five immigration detentions, including the Imperial Regional Detention Facility in California, the Bluebonnet, El Valle and IAH Polk detention facilities in Texas, and OCPC in New Mexico.

**Operation of OCPC**

8.  MTC has continuously operated OCPC since the facility opened in 2008.

9.  MTC operates OCPC pursuant to an Operations, Management & Maintenance Agreement with Otero County (the "MTC-Otero Agreement"), pursuant to which MTC is contracted to provide all the immigration detention services Otero County is contractually obligated to provide to the U.S. Department of Homeland Security Immigration Customs Enforcement ("ICE") under its intergovernmental services agreement ("IGSA") with ICE. A copy of the current MTC-Otero Agreement is attached hereto as Exhibit A.

10. The term of the current MTC-Otero Agreement is February 19, 2024, through February 19, 2029, and it can be extended for up to an additional ten (10) years, through February 19, 2039. The MTC-Otero Agreement can be terminated by either party for "Cause."

11. As required by New Mexico law, the current MTC-Otero Agreement was reviewed and approved by both the New Mexico Attorney General's Office ("NM AG's Office") and the New Mexico Department of Finance and Administration ("NM DFA"). All prior versions of the MTC-Otero Agreement have similarly been approved by the NM AG's Office and NM DFA.

12. The MTC-Otero Agreement, as approved by the NM AG's Office and NM DFA, specifically acknowledges the County's intention to enter into and maintain an "intergovernmental service agreement with ICE" to operate OCPC as an immigration detention facility.

13. Under the MTC-Otero Agreement, MTC also operates the Otero County Prison Facility ("OCPF") located next door to OCPC. OCPF houses individuals, including pre-trail detainees, on behalf of multiple state and federal agencies.

14. MTC has no intention of voluntarily terminating the MTC-Otero Agreement as it relates to the operation of OCPC and intends to continue operating OCPC under the MTC-Otero Agreement unless and until Otero County is forced to terminate the MTC-Otero Agreement pursuant to HB9.

**Oversight and Recognition**

15. While there are no regular state agency inspections at OCPC, the facility has been routinely inspected by New Mexico Occupational Safety & Health Administration and the New Mexico Department of Health. Various members of the New Mexico State Legislature and their staff, from both political parties, have routinely visited the facility.

16. MTC maintains high standards at OCPC. MTC's corporate office is accredited with the American Correctional Association ("ACA"), and has continually maintained that accreditation since 2009. OCPC has been continually accredited by ACA since 2010, and by the National Commission on Correctional Health Care ("NCCHC") since 2016. OCPC has been compliant with Prison Rape Elimination Act (PREA) Standards since 2018.

17. Over the course of MTC's operation of the facility, OCPC has consistently achieved zero deficiencies in multiple ICE Office of Detention Oversight audits, including the most recent review in February 2026, and has maintained continued federal contracting eligibility following announced and unannounced inspections. These accomplishments underscore MTC's dedication to accountability, compliance, and excellence across all areas of operations at OCPC.

18. OCPC has established meaningful partnerships to support not only facility operations but the broader community through service and outreach initiatives. In 2022, the Gadsden Independent School District's School Board and Superintendent recognized our facility for its contributions to the community through Back-to-School donations and the Christmas Angel Tree program, both of which continue to be annual traditions OCPC proudly supports. Additionally, Alamogordo Public Schools acknowledged OCPC for its support of their community pantry, which provides essential resources to students and families in need throughout the city of Alamogordo. OCPC was also honored by the El Paso County Sheriff's Foundation for our sponsorship and support of fallen deputies, with those contributions helping fund scholarships for their families.

**Impact of Termination of MTC-Otero Agreement and Facility Closure If HB9 Goes Into Effect**

19. OCPC is geographically situated near ICE's El Paso Enforcement and Removal Operations ("ERO") Field Office, major highways, and an international airport. It is also geographically situated near multiple Ports of Entry, including Ysleta (21 miles from OCPC), Americas (24 miles from OCPC), Tornillo (42 miles from OCPC), and Santa Teresa (46 miles from OCPC). Because there is no similarly located facility, termination of the MTC-Otero Agreement would displace current OCPC detainees.

20. OCPC houses up to 1,000 male and female detainees and is currently the only civil immigration detention facility in New Mexico that can accommodate female detainees and higher risk individuals. Again, if the MTC-Otero Agreement is terminated, those detainees will be displaced.

21. Under the MTC-Otero Contract, MTC provides the entire workforce necessary to operate OCPC. This includes the Facility Administrator and all other leadership, management and staff positions required under the Otero-ICE Contract. Otero County does not provide any of the workforce necessary to operate the facility.

22. In total, MTC employs 284 individuals at OCPC, representing $21 million in annual labor costs. If OCPC is forced to close as a result of the recently enacted New Mexico House Bill 9 ("HB9"), the vast majority of these 284 individuals will lose their jobs, and the wages will no longer provide economic benefit to the community. The closure of OCPC could also lead to a reduction in force at MTC's corporate office.

23. In 2025, MTC's operation of OCPC resulted in the payment of fees to Otero County totaling $493,848, and future payment would be lost if the MTC-Otero Agreement is terminated as a result of HB9.

24. The operation also provides for regular debt service payments on the 2007 Otero County Revenue Bonds the County issued to fund the construction of the facility. In 2025 alone, those debt service payments totaled $5,760,050. These bond payments will cease if OCPC is forced to close as a result of the recently enacted HB9.

25. In 2025, MTC's operation of OCPC generated revenues of approximately $38 million. These revenues will be lost if OCPC is forced to close as a result of HB9.

I declare under penalty of perjury under the law of New Mexico that the foregoing is true and correct.

Executed this 6th day of May 2026, at Davis County, State of Utah

William DeRevere (May 6  2026 17 11 23 PDT)

William DeRevere
Management & Training Corporation
Vice President, Corrections – Region I