# EXHIBIT G

IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

STATE OF NEW MEXICO
ex rel. RAÚL TORREZ,
New Mexico Attorney General,

      Petitioner,

v.                              S-1-SC-41362

BOARD OF COUNTY COMMISSIONERS
FOR OTERO COUNTY,

      Respondent.

## AFFIDAVIT OF PAMELA HELTNER

STATE OF NEW MEXICO  )
                 ) ss.
COUNTY OF OTERO     )

I, Pamela Heltner, being first duly sworn, hereby declare and state under oath as follows:

1. My name is Pamela Heltner. I am over the age of 18 and a resident of New Mexico.

2. The statements in this affidavit are made based upon my own personal knowledge and upon records maintained by Otero County in the ordinary course of business.

3. I am the County Manager for Otero County, New Mexico. In that capacity I am responsible for the day-to-day administration of County government, including oversight of the County's financial affairs, its contractual obligations, and its operational relationships with contractors and federal agencies.

4. Otero County has operated the Otero County Processing Center ("OCPC") under successive Intergovernmental Service Agreements ("IGSAs") with the U.S. Immigration and Customs Enforcement ("ICE") since 2008. OCPC is managed and staffed by Management and Training Corporation ("MTC") pursuant to an Operations, Management and Maintenance Agreement with the County. The IGSA and the MTC Operations Agreement are interrelated agreements that together form the operational and financial foundation of OCPC.

5. I am familiar with the economic and financial impact that OCPC has on Otero County and the surrounding community, and I am familiar with the harms that have already occurred and will occur if the IGSA is found to be invalid or if operations at OCPC are terminated.

## HARMS THAT HAVE ALREADY OCCURRED

6. House Bill 9 was signed into law on February 5, 2026. Since its passage, the mere possibility that OCPC operations may be terminated has already caused measurable, documented harm to the County.

7. The appraised value of the OCPC facility has declined from $68,335,000 in 2025 to $45,710,000 in 2026, a reduction of $22,625,000 in less than twelve months. This decline is a direct consequence of the uncertainty created by House Bill 9 and this litigation. The facility has not changed physically; its value has been impaired solely by the legal and legislative threat to its continued operation.

8. S&P Global Ratings has revised the outlook on Otero County's Series 2014 Gross Receipts Tax revenue bonds from stable to negative while affirming its underlying 'A-' rating. S&P's action was driven by the projected loss of IGSA revenue and the resulting risk to the County's financial condition. A negative outlook signals that a downgrade is more likely than not if conditions do not improve.

9. In addition to S&P Global Ratings, representatives of other bond rating services, including Moody's, have contacted the County to discuss potential additional negative changes to the County's credit rating. A credit rating downgrade increases the County's borrowing costs and constrains its ability to finance public projects in the future.

## HARMS THAT WILL OCCUR IF THE IGSA IS FOUND INVALID OR OPERATIONS ARE TERMINATED

10. If the IGSA is found to be invalid or if operations at OCPC are required to cease, the following harms will occur immediately and irreversibly.

11. Employment. MTC currently employs 284 persons at OCPC, all of whom are residents of Otero County and the surrounding region. These positions represent $20,800,000 in annual payroll. The loss of these jobs would be immediate upon termination of operations and would represent a devastating blow to the local economy of one of New Mexico's most economically vulnerable rural communities.

12. County Revenue. The County currently receives approximately $500,000 in annual rent revenue from OCPC operations, which is included in the County's adopted budget. Loss of this revenue would require the County to reduce services or identify alternative revenue sources, neither of which can be accomplished quickly or without cost to County residents.

13. Regional Economic Impact. OCPC operations generate approximately $3,900,000 annually in direct economic contributions and state tax revenues from facility operations, including sales taxes, gross receipts taxes, and related economic activity in the surrounding community. These contributions would cease upon termination of operations.

14. Bond Default. The County financed construction of OCPC through the issuance of Jail Project Revenue Bonds, Series 2007, which are secured by IGSA revenues. As of April 2026, $14,330,000 in outstanding principal and $831,825.00 in accrued interest remain outstanding, for a total outstanding obligation of $16,513,400 in principal and interest. The next interest payment of $644,850.00 is due October 1, 2026. Termination of IGSA revenues would render the County unable to make scheduled bond payments. Default on these obligations would trigger acceleration of the entire outstanding principal, and the Trustee would have the right to pursue foreclosure on the OCPC facility.

15. Loss of Public Property. If bond default leads to foreclosure, the County faces the loss of a publicly owned facility currently appraised at $45,710,000. This is a public asset constructed with public bond financing and operated in the public interest. Its loss to foreclosure would be permanent and irreversible.

16. Detainee Welfare. Approximately 900 federal civil immigration detainees currently housed at OCPC would be transferred to another facility, likely in another state. Based on my knowledge of the federal detention system, transfer facilities may offer less oversight and operate at a lower standard than OCPC, which is subject to Performance-Based National Detention Standards. Transfer would also move detainees farther from their families, their legal counsel, and the New Mexico communities to which many have ties.

17. All of the foregoing harms are immediate, concrete, and irreversible. They cannot be remedied by money damages after the fact. The loss of 284 jobs, the collapse of the County's bond structure, the foreclosure on a $45,710,000 public facility, and the displacement of 900 detainees are harms that cannot be undone once they occur.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.

Further affiant sayeth naught.

_____
PAMELA HELTNER
County Manager, Otero County, New Mexico

STATE OF NEW MEXICO  )
                     ) ss.
COUNTY OF OTERO      )

    This instrument was subscribed and sworn to before me this ___8th___ day of April, 2026, by Pamela Heltner.

_____
Notary Public

My Commission Expires:

_Apr. 8, 2030_

STATE OF NEW MEXICO
NOTARY PUBLIC
MITZI CARROLL
Commission Number 1084550
Commission Expires April 8, 2030