AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>_____<br>*Plaintiff(s)*<br>v.<br>THE STATE OF NEW MEXICO, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:26-cv-1471-KG-LF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   on Amended Complaint
Doña Ana County and Scott Andrews, in his Official Capacity as Manager of Doña Ana County
c/o Amanda Lopez Askin
Doña Ana County Clerk
845 N Motel Blvd
Las Cruces, NM 88007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jackson M. Story
Trial Attorney
United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Monday, June 22, 2026

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1471-KG-LF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* *Krystal Martinez* , who is
designated by law to accept service of process on behalf of *(name of organization)* *Attorney General,*
*NM Dept of Justice* on *(date)* *6/30/2026* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: *6/30/2026*                         *[signature]*
                                          Server's signature

                                          *THERESA SANCHEZ Supervisory Legal*
                                          Printed name and title *Admin Specialist*

                                          *201 3rd Street SW, Suite 900 ABQ NM 87102*
                                          Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-1471-KG-LF |
| | ) | |
| THE STATE OF NEW MEXICO, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  on Amended Complaint
Doña Ana County and Scott Andrews, in his Official Capacity as Manager of Doña Ana County
c/o Cari Neill
Doña Ana County Attorney
845 N Motel Blvd
Las Cruces, NM 88007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jackson M. Story
Trial Attorney
United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Monday, June 22, 2026

Jacob Garcia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-1471-KG-LF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Doña Ana County and Scott Andrews, in his Official Capacity as Manager of Doña Ana County c/o Cari Neill Doña Ana County Attorney

was received by me on *(date)*   06/30/2026  11:07 AM

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

**X** I served the summons on *(name of individual)* Doc Tech Tammy Goodman County Clerks , who is

designated by law to accept service of process on behalf of *(name of organization)* Doña Ana County and Scott Andrews,

in his Official Capacity as Manager of Doña Ana County c/o Cari Neill Doña Ana County Attorney   on *(date)* 06/30/2026  11:07 AM ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2026  11:07 AM

_____
*Server's signature*

Lead Investigator CJ Alexander
_____
*Printed name and title*

5001 Ellison St NE. Albuquerque, New Mexico 87109
_____
*Server's address*

Additional information regarding attempted service, etc: