# EXHIBIT A

EROIGSA-14-0001
INTERGOVERNMENTAL SERVICE AGREEMENT
BETWEEN THE
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS
AND
THE COUNTY OF OTERO

This Intergovernmental Service Agreement ("Agreement") is entered into between United States Department of Homeland Security Immigration and Customs Enforcement ("**ICE**"), and Otero County, (**"Service Provider"**) for the detention and care of aliens ("**detainees**"). The term "Parties" is used in this Agreement to refer jointly to ICE and the Service Provider.

## FACILITY LOCATION:

The Service Provider shall provide detention services for detainees at the following institution(s):

**Otero County Processing Center**
**26 McGregor Range Road**
**Chaparral, NM 88081**

The following documents constitute the complete agreement:
- Intergovernmental Service Agreement (IGSA)
- Proposal dated 9/13/2013 , as revised dated 12/9/2013, incorporated herein by reference
- Attachment 1 -  MTC Proposal dated 9/13/2013 , as revised dated 12/9/2013
- Attachment 2 - Title 29, Part 4 Labor Standards for Federal Service Contracts
- Attachment 3 - Wage Determination Number: 2005-2511, Dated 06/19/2013
- Attachment 4 - Quality Control Plan
- Attachment 5 - Quality Assurance Surveillance Plan
  - 5.A.  Performance Requirements Summary
  - 5.B.  Sample Contract Deficiency Report
- Attachment 6 –Performance Work Statement (PWS)
- Attachment 7 - Staffing Plan (See Attachment 1)
- Attachment 8 - Official Detail Form (formerly G-391)
- Attachment 9 - Hold Harmless and Indemnity Agreement
- Attachment 10 – Listing of 2011 Performance Based Detention Standards (PBNDS) Modifications Included in EROIGSA-14-0001

2/26/14

IN WITNESS WHEREOF, the undersigned, duly authorized officers, have subscribed their names on behalf of the County of Otero and Department of Homeland Security, U.S. Immigration and Customs Enforcement.

**ACCEPTED:**

U.S. Immigration and Customs Enforcement

Con

Sign

Date: 2/28/2014

**ACCEPTED:**

County of Otero

County

Signatu

Date: 2-28-14

2/26/14

EROIGSA-14-0001

# Intergovernmental Service Agreement (IGSA)

## Table of Contents:

Article 1.    Purpose.................................................................................................3
Article 2.    General.................................................................................................4
Article 3.    Covered Services ...............................................................................5
Article 4.    Receiving and Discharging Detainees ..............................................6
Article 5.    ICE Performance-Based National Detention Standards and Other Applicable
             Standards...........................................................................................7
Article 6.    Medical Services.................................................................................8
Article 7.    Employment Screening Requirements..............................................13
Article 8.    Period of Performance .....................................................................18
Article 9.    Inspections, Audit, Surveys, And Tours..........................................19
Article 10.   Modifications and Disputes .............................................................19
Article 11.   Adjusting the Bed Day Rate ............................................................20
Article 12.   Enrollment, Invoicing, and Payment ..............................................21
Article 13.   ICE Furnished Property ...................................................................22
Article 14.   Hold Harmless Provisions ...............................................................23
Article 15.   Financial Records .............................................................................24
Article 16.   Guard Services..................................................................................24
Article 17.   Contracting Officer's Representative (COR) ..................................259
Article 18.   Labor Standards and Wage Determination......................................25
Article 19.   Notification and Public Disclosures ...............................................25
Article 20.   Incident Reporting ...........................................................................26
Article 21.   Detainee Privacy...............................................................................26
Article 22.   Zero Tolerance for Sexual Harassment, Abuse, and Assault ..........27
Article 23.   Detainee Telephone Services (DTS)................................................28
Article 24.   Government Use of Wireless Communication Devices ..................29
Article 25.   Certified Cost and Pricing Data.......................................................29
Article 26.   Combating Trafficking in Persons....................................................36
Article 27.   Order of Precedence..........................................................................38
Article 28.   Reporting Executive Compensation and First-Tier Subcontract Awards..........38
Article 29.   Exclusivity .......................................................................................41
Article 30.   Use of Service Provider's Policies and Procedures ........................41
Article 31.   Accreditation.....................................................................................41
Article 32.   Quality Control .................................................................................42
Article 33.   Quality Assurance Surveillance Program (QASP)...........................42
Article 34.   Physical Plant Requirements ...........................................................44

EROIGSA-14-0001

governing such data as outlined in *DHS IT Security Program Publication DHS MD 4300.Pub. or its replacement.* Contractor personnel must have favorably adjudicated background investigations commensurate with the defined sensitivity level. Contractors who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

## J. INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT

All contractor employees using Department automated systems or processing Department sensitive data will be required to receive Security Awareness Training. This training will be provided by the appropriate component agency of DHS.

Contractors who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices and systems rules of behavior. Department contractors, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually. The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All personnel who access Department information systems will be continually evaluated while performing these duties. Supervisors should be aware of any unusual or inappropriate behavior by personnel accessing systems. Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO).

## Article 8. Period of Performance

This Agreement becomes effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed 60 months unless extended by bi-lateral modification or terminated in writing by either party. Either party must provide written notice of intention to terminate the agreement, 90 days in advance of the effective date of formal termination, or the Parties may agree to a shorter period under the procedures prescribed in Article 10. If this Agreement is terminated by either party under this Article, ICE will be under no financial obligation for any costs after the date of termination. The Service Provider will only be paid for services provided to ICE up to and including the day of termination.

EROIGSA-14-0001

If there is a minimum guaranteed population, effective on the 10th day after any termination notification (from either party), the guaranteed minimum will no longer apply and ICE will only pay for actual bed usage.

## Article 9. Inspections, Audit, Surveys, and Tours

A. Facility Inspections: The Service Provider shall allow ICE or an entity or organization approved by ICE to conduct inspections of the Facility, as required, to ensure an acceptable level of services and acceptable conditions of confinement as determined by ICE. No notice to the Service Provider is required prior to an inspection. ICE will share findings of the inspection with the Service Provider's Facility Administrator. The Inspection Report will state any improvements to facility operation, conditions of confinement, and level of service that will be required by the Service Provider.

B. ICE will not house detainees in any facility that has received two consecutive overall ratings of less than acceptable. Upon notice that the second overall rating is less than acceptable, ICE will remove all detainees from the Facility within seven (7) calendar days. Any minimum guarantee stated elsewhere in this Agreement is no longer applicable if detainees are removed as a result of two overall ratings less than acceptable. No further funds will be obligated and no further payments will be made.

C. Possible Termination: If the Service Provider, after being afforded reasonable time to comply, fails to remedy deficient service identified through an ICE inspection, ICE may terminate this Agreement without regard to any other provisions in this Agreement.

D. Share Findings: The Service Provider shall provide ICE copies of facility inspections, reviews, examinations, and surveys performed by accreditation sources. The Service Provider shall cooperate fully with the Detention Service Manager (DSM).

E. Access to Detainee and Facility Records: The Service Provider shall, upon request, grant ICE access to any record in its possession, regardless of whether the Service Provider created the record, concerning any detainee held pursuant to this Agreement. This right of access includes, but is not limited to, incident reports, records relating to suicide attempts, and behavioral assessments and other records relating to the detainee's behavior while in the Service Provider's custody; provided, however that access to medical and mental health record information be provided in accordance with Article VI. Furthermore, the Service Provider shall retain all records where this right of access applies for a period of two (2) years from the date of the detainee's discharge from the Service Provider's custody. This right of access specifically applies to all inspections and other Facility reports.

## Article 10. Modifications and Disputes

A. Modifications: Actions other than those designated in this Agreement will not bind or incur liability on behalf of either Party. Either Party may request a modification to this Agreement by submitting a written request to the other Party. A modification will

19