# EXHIBIT B

DROIGSA-08-0019
INTERGOVERNMENTAL SERVICE AGREEMENT
BETWEEN THE
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
DRO/ ICE - EL PASO, TX
AND
OTERO COUNTY

This Intergovernmental Service Agreement ("Agreement") is entered into between United States Department of Homeland Security Immigration and Customs Enforcement ("ICE"), and Otero County ("Service Provider") for the detention and care of aliens ("detainees"). The term "Parties" is used in this Agreement to refer jointly to ICE and the Service Provider.

## FACILITY LOCATION:

The Service Provider shall provide detention services for detainees at the following institution(s):

**Otero County Processing Center**
26 McGregor Range Road
Chaparral, NM 88081

**The following constitute the complete agreement:**

- INTERGOVERNMENTAL SERVICE AGREEMENT (IGSA)
- PROPOSAL, DATED 4/29/08, 5/24/2008, 6/5/08 (Incorporated by reference)
- ATTACHMENT 1--STATEMENT OF WORK
- ATTACHMENT 2—QUALITY CONTROL PLAN
- ATTACHMENT 3—QUALITY ASSURANCE SURVEILLANCE PLAN (w/ PRS, CDR and PMT)
- ATTACHMENT 4—STAFFING PLAN
- ATTACHMENT 5—LABOR STANDARDS
- ATTACHMENT 6—WAGE DETERMINATION Number 2007-0569 Dated 10/30/2007

IN WITNESS WHEREOF, the undersigned, duly authorized officers, have subscribed their names on behalf of the Otero County and Department of Homeland Security, U.S. Immigration and Customs Enforcement.

ACCEPTED:                                    ACCEPTED:

U.S. Immigration and Customs Enforcement        Otero County

Susan D. Erickson
Contracting Officer _Susan D. Erickson_    [Signature] _County Marshall_
                                            [Title]

Print Name:_____            Print Name: _Timothy P. Smith_
Date: _6/12/08_                       Date: _6/6/08_

Dedicated IGSA            RFP Attachment 2            Page 1 of 19

## Article I. Purpose

A. <u>Purpose:</u>  The purpose of this Intergovernmental Service Agreement (IGSA) is to establish an Agreement between ICE and the Service Provider for the detention and care of persons detained under the authority of Immigration and Nationality Act, as amended. All persons in the custody of the ICE are "Administrative Detainees". This term recognizes that ICE detainees are not charged with criminal violations and are only held in custody to assure their presence throughout the administrative hearing process and to assure their presence for removal from the United States pursuant to a lawful final order by the Immigration Court, the Board of Immigration Appeals or other Federal judicial body.

B. <u>Responsibilities:</u>  This Agreement sets forth the responsibilities of ICE and the Service Provider. The Agreement states the services the Service Provider shall perform satisfactorily to receive payment from ICE at the rate prescribed in Article I, C.

C. <u>Guidance:</u>  This is a fixed rate agreement, not a cost reimbursable agreement, with respect to the detainee day rate. The detainee daily rate is **$96.99**  ICE shall be responsible for reviewing and approving the costs associated with this Agreement and subsequent modifications utilizing all applicable federal procurement laws, regulations and standards in arriving at the detainee day rate.

## Article II.  General

A. <u>Funding:</u>  The obligation of ICE to make payments to the Service Provider is contingent upon the availability of Federal funds. ICE will neither present detainees to the Service Provider nor direct performance of any other services until ICE has the appropriate funding. Orders will be placed under this Agreement when specific requirements have been identified and funding obtained. Performance under this Agreement is not authorized until the Contracting Officer issues an order, in writing. The effective date of the Agreement will be negotiated and specified in an order to this Agreement by the Contracting Officer. This Agreement is neither binding nor effective unless signed by the Contracting Officer. Payments at the approved rate will be paid upon the return of the signed Agreement by the authorized Local Government official to ICE.

B. <u>Subcontractors:</u>  The Service Provider shall notify and obtain approval from the Contracting Officer if it intends to house detainees in a facility other than the Facility named in this Agreement. If either that facility or any future facility is operated by an entity other than the Service Provider, ICE shall treat the entity as a subcontractor to the Service Provider. The Service Provider shall obtain the Contracting Officer's approval before subcontracting the detention and care of detainees to another entity. The Contracting Officer has the right to deny, withhold, or withdraw approval of the proposed subcontractor. Upon approval by the Contracting Officer, the Service Provider shall ensure that any subcontract includes all provisions of this Agreement, and shall provide ICE with copies of all subcontracts. All payments will be made to the Service Provider. ICE will not accept invoices from, or make payments to a subcontractor.

C. <u>Consistent with Law:</u>  This is a firm fixed rate agreement, not cost reimbursable agreement. This Agreement is permitted under applicable statutes, regulation, policies or

Dedicated IGSA              RFP Attachment 2                    Page 2 of 19

**Article V.   ICE National Detention Standards**

A. The Service Provider is required to house detainee and perform related detention services in accordance with the most current edition of the ICE National Detention Standards found within the **ICE Detention Operations Manual**. This manual can be found at http://www.ice.gov/partners/dro/opsmanual/index.  ICE Inspectors will conduct periodic inspections of the facility to assure compliance with the ICE National Detention Standards.

B. The Service Provider shall certify to the Contracting Officer and COTR that its personnel have completed all training as required by the ICE Detention Operations Manual, the Service Provider's own manual (if it is approved for use by the Contracting Officer), and any additional training as required in any manuals or detention standards referenced in this Agreement.

**Article VI. No Employment of Unauthorized Aliens**

Subject to existing laws, regulations, Executive Orders, and addenda to this Agreement, the Service Provider shall not employ aliens unauthorized to work in the United States.  Except for maintaining personal living areas, detainees shall not be required to perform manual labor.

**Article VII. Period of Performance**

This Agreement shall become effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed sixty (60) months or extended by bi-lateral modification or terminated in writing by either party.  Either party must provide written notice of intentions to terminate the agreement, 60 days in advance of the effective date of formal termination, or the Parties may agree to a shorter period under the procedures prescribed in Article X.

**Article VIII.  Inspections**

The Facility and Provider's services shall be inspected in accordance with the following procedures:

A. Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

B. The Provider shall provide and maintain an inspection system acceptable to the Government covering the services under this agreement. Complete records of all inspection work performed by the Provider shall be maintained and made available to the Government during contract performance and for as long afterwards as the agreement requires.

C. The Government has the right to inspect and test all services called for by the agreement, to the extent practicable at all times and places during the term of the agreement. The