# EXHIBIT C

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00046 | See Block 16C | | |

| 6. ISSUED BY    CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6)    CODE | ICE/DCR |
|---|---|---|---|
| DETENTION COMPLIANCE AND REMOVALS<br>U.S. Immigration and Customs Enforcement<br>Office of Acquisition Management<br>500 12th St SW<br>WASHINGTON DC 20024 | | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>500 12th St SW<br>Washington DC 20024 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| OTERO COUNTY OF<br>ATTN ███████████<br>10 MCGREGOR RANGE ROAD<br>CHAPARRAL NM 880818018 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>EROIGSA-14-0001 |
| CODE   D5U9RK5DUTA8 | FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>03/01/2014 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:   Contractor ☐ is not ☒ is required to sign this document and return _____ 1 copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

UEI:  D5U9RK5DUTA8

CONTACT INFORMATION:

Contracting Officer's Representative (COR): ████████████████████████████
Contracting Officer's Representative (COR): ████████████████████
Field Office Point of Contact: ████████████████
CS: ████████████████████████████
CO: ████████████████████████████████

The purpose of this modification is to replace the language in Article 8 of the IGSA with the following:

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ████████████   *County Manager* ████████ | ████████████ |
| 15B. CONTRACTOR/OFFEROR ████████ | 16B. UNITED STATES OF AMERICA |
| 15C. DATE SIGNED   2·26·25 | Digitally signed by ████<br>Date: 2025.08.26 10:26:51 -05'00' |
| | 16C. DATE SIGNED |

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED EROIGSA-14-0001/P00046 | | PAGE 2 | OF 2 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
OTERO COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | "This agreement becomes effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed 60 months unless extended by bilateral modification or terminated in writing by ICE. The Service Provider shall not have the right of early termination. For early termination, ICE must provide written notice of its intention to terminate the agreement, 90 days in advance of the effective date of formal termination, unless the Parties agree to a shorter period under the procedures prescribed in Article 10. If this Agreement is terminated by ICE, ICE will be under no financial obligation for any costs incurred after the date of termination. The Service Provider will only be paid for services provided to ICE up to and including the day of termination. If there is a minimum guaranteed population, effective on the 10th day after any ICE termination notification, the guaranteed minimum will no longer apply and ICE will only pay for actual bed usage." Period of Performance: 03/01/2014 to 10/31/2025 For inquiries regarding ICE detainee information or ICE's usage of this agreement, there shall be no public disclosures regarding this agreement made by the Provider (or any subcontractors) without review and approval of such disclosure by ICE. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110