**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**THE UNITED STATE OF AMERICA,**

    **Plaintiff,**

**vs.**                                                   **No. 1:26-cv-01471-KG-LF**

**THE STATE OF NEW MEXICO;**
**MICHELLE LUJAN GRISHAM, in her**
**Official Capacity as Governor of the State**
**of New Mexico; RAÚL TORREZ, in his**
**official Capacity as Attorney General of**
**the State of New Mexico; CITY OF**
**ALBUQUERQUE; TIMOTHY KELLER,**
**in his Official Capacity as Mayor of the**
**City of Albuquerque; DOÑA ANA**
**COUNTY; SCOTT ANDREWS, in his**
**Official Capacity as Manager of Doña Ana**
**County; BERNALILLO COUNTY;**
**CINDY CHAVEZ, in her Official Capacity**
**as Manager of Bernalillo County,**

    **Defendants.**

## ENTRY OF APPEARANCE

    **COMES NOW** the New Mexico Association of Counties (Brandon Huss, David A. Roman, and Bree Barnett) and hereby enters its appearance for Defendants "Doña Ana County" and Scott Andrews in the above-entitled and number cause.

Respectfully submitted,

NEW MEXICO ASSOCIATION OF COUNTIES

/s/ David A. Roman
BRANDON HUSS
DAVID ROMAN
BREE BARNETT
444 Galisteo St
Santa Fe, NM 87501
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
bbarnett@nmcounties.org
*Attorneys for Defendants "Doña Ana County"*
*and Scott Andrews*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

/s/ David A. Roman
David A. Roman

2