UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

     *Plaintiff*,

v.                                                                      1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, *et al.*,

     *Defendants*.

NOTICE OF GOOD STANDING

Pursuant to D.N.M. LR-CV 83.3, undersigned counsel file this Certificate in support of the admission *pro hac vice* of Joshua Karsh on behalf of Defendant City of Albuquerque, in the above-entitled cause of action.

1.     Joshua Karsh is currently admitted to practice in the courts listed below:

| Court | Date Admitted |
|---|---|
| Illinois | May 10, 1990 |
| District of Columbia | July 22, 2025 |
| U.S. Supreme Court | September 2, 2011 |
| E.D. Wisconsin | September 20, 2011 |
| N.D. California | |
| N.D. Illinois | October 3, 1991 |
| First Circuit Court of Appeals | September 26, 2011 |

| Court | Date Admitted |
|---|---|
| Seventh Circuit Court of Appeals | December 6, 1996 |
| Ninth Circuit Court of Appeals | April 13, 2010 |
| D.C. Circuit Court of Appeals | September 15, 2020 |

He is a member of good standing with such courts and has never been suspended or disbarred in any court.

2.      Devon P. King is a member in good standing with the Federal Bar of the United States District Court for the District of New Mexico and is associated with Joshua Karsh.

3.      The undersigned counsel certify the foregoing is true and correct.

Respectfully Submitted,

*/s/Devon P. King*
Devon P. King
Deputy City Attorney
One Civic Plaza NW
P.O. Box 2248
Albuquerque, NM 87103
Telephone: (505) 768-4628
Email: dking@cabq.gov

*and*

*/s/ Joshua Karsh*
Joshua Karsh (*Pro hac vice*)*
Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
Telephone: (510) 738-6788
Joshua.Karsh@publicrightsproject.org
*Admitted in Illinois and D.C. Not admitted in California.

*Attorneys for Defendant City of Albuquerque*

I HEREBY CERTIFY that on the __ day of July 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Devon P. King – dking@cabq.gov
Joshua Karsh – Joshua.Karsh@publicrightsproject.org

*Attorneys for Defendant City of Albuquerque*

*/s/*
Devon P. King