UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 1:26-CV-1471-KG-LF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION FOR LEAVE TO FILE |
| | ) | RESPONSE AND REPLY BRIEFS IN |
| THE STATE OF NEW MEXICO, *et al.*; | ) | EXCESS OF PAGE LIMITATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America and Defendants the State of New Mexico and Attorney General Raúl Torrez jointly move the Court for leave to file briefs in excess of the page limitations set by New Mexico Local Rule 7.5. Specifically, the United States intends to file a consolidated brief in response to the two separate motions to dismiss filed by Defendants Governor Michelle Lujan Grisham (Dkt. No. 51) and Defendants State of New Mexico and Attorney General Raúl Torrez (Dkt. No. 49). The United States seeks leave of this Court to grant an additional 14 pages beyond the 24 pages allotted by District of New Mexico Local Rule 7.5 to use in its consolidated response brief (38 pages total). The State of New Mexico and Attorney General Raúl Torrez seek leave of this Court to grant an additional 7 pages beyond the 12 pages allotted by District of New Mexico Local Rule 7.5 to use in its reply brief (19 pages total).

The United States submits that there is good cause to grant the requested relief. Assuming this Court grants the requested relief, the total number of pages in the United States' consolidated response will be 10 pages less than 48 pages it could otherwise use to file two separate response briefs to each motion to dismiss. Thus, granting this relief will further the interests of judicial economy and avoid the redundancy necessitated by filing two separate responses to motions that concern similar legal issues. In fact, the law challenged and claims at issue in both motions are the

same, unlike the laws and claims at issue in the motions filed by Defendants City of Albuquerque and Mayor Timothy Keller. Moreover, Defendant Governor Michelle Lujan Grisham does not oppose the requested relief and Defendants State of New Mexico and Attorney General Raúl Torrez jointly seek the relief requested herein.

For good cause shown, the Court should grant this motion and permit the parties to file briefs in excess of the applicable page limitations.

DATED: July 16, 2026

TODD BLANCHE
Acting Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

RYAN ELLISON
First Assistant United States Attorney
District of New Mexico

ROBERT O. LINDEFJELD
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch

Respectfully Submitted,

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7304
Email: jackson.m.story@usdoj.gov

EMIL J. KIEHNE
Assistant U.S. Attorney
U.S. Attorney's Office,
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 346-6855
Email: emil.kiehne@usdoj.gov

*Attorneys for the United States of America*

2

*/s/ Bailey Colfax*

RAÚL TORREZ
ATTORNEY GENERAL
NEW MEXICO DEPARTMENT OF JUSTICE

Anjana Samant
Deputy Counsel
Amy Senier
Senior Counsel
Bailey Colfax
Assistant Attorney General

408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
asamant@nmdoj.gov
asenier@nmdoj.gov
bcolfax@nmdoj.gov

Jonathan L. Backer*
Mary B. McCord*
Rupa Bhattacharyya
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
GEORGETOWN LAW

600 New Jersey Ave. NW
Washington, DC 20001
(202) 661-6671
(202) 661-6730 (fax)
jb2845@georgetown.edu
mbm7@georgetown.edu
rupa.bhattacharyya@georgetown.edu

*Counsel for Defendants Attorney General Raúl Torrez and State of New Mexico*

*Admitted pro hac vice*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 16, 2026, I filed the foregoing with the Clerk of Court using

the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Jackson M. Story*
>  Trial Attorney
>  U.S. Department of Justice