IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

        v.

THE STATE OF NEW MEXICO, et al.;

    Defendants.

Civil Action No. 1:26-CV-1471-KG-LF

ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Upon consideration of the Joint Motion for Leave to File Response and Reply Briefs in Excess of Page Limitation (Dkt. No. 59) ("Motion") of Plaintiff United States of America ("Plaintiff") and Defendants State of New Mexico and Attorney General Raúl Torrez ("Defendants"), the Motion is:

**GRANTED** as follows:

1.     Plaintiff is granted leave to file a response brief of 38 total pages.

2.     Defendants are granted leave to file a reply brief of 19 total pages.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.