**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        Plaintiffs,

vs.

THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RAÚL TORREZ, in his
Official Capacity as Attorney General of
the State of New Mexico; THE CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as the Mayor of the
City of Albuquerque; BERNALILLO
COUNTY; CINDY CHAVEZ in her
Official Capacity as Manager of Bernalillo
County; DOÑA ANA COUNTY; SCOTT
ANDREWS, in his Official Capacity as
Manager of Doña Ana County,

        Defendant.

No. 1:26-cv-01471-KG-LF

## ENTRY OF APPEARANCE

Peifer, Hanson, Mullins & Baker, P.A. (Mark T. Baker) hereby enters its appearance as

counsel for Bernalillo County and Cindy Chavez.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By:  */s/Mark T. Baker*
      Mark T. Baker
Post Office Box 25245
Albuquerque, NM  87125-5245
Tel:    505-247-4800
Email: mbaker@periferlaw.com

*Attorneys for Defendant Bernalillo County*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PEIFER, HANSON & MULLINS, P.A.

*/s/Mark T. Baker*
  Mark T. Baker

2