**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiffs,

vs.

No. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RAÚL TORREZ, in his
Official Capacity as Attorney General of
the State of New Mexico; THE CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as the Mayor of the
City of Albuquerque; BERNALILLO
COUNTY; CINDY CHAVEZ in her
Official Capacity as Manager of  Bernalillo
County; DOÑA ANA  COUNTY; SCOTT
ANDREWS, in his Official Capacity as
Manager of Doña Ana County,

      Defendant.

## NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Bernalillo County and Cindy Chavez hereby notify the Court that Plaintiff

has agreed to extend the deadline for these defendants to respond to the complaint from July 20,

2026 to August 10, 2026.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By:   */s/Mark T. Baker*
      Mark T. Baker
Post Office Box 25245
Albuquerque, NM  87125-5245

Tel:     505-247-4800
Email:  mbaker@periferlaw.com

*Attorneys for Defendant Bernalillo County*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July 2026, I filed the foregoing electronically

through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means, as more fully reflected on the Notice of Electronic Filing:


PEIFER, HANSON & MULLINS, P.A.

*/s/Mark T. Baker*
   Mark T. Baker

3