AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01471-KG-LF |
| THE STATE OF NEW MEXICO, *et al.* | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Albuquerque and Timothy Keller                                                     .

Date:    07/21/2026                          /s/ Joshua Karsh
                                              *Attorney's signature*

                                   Joshua Karsh* (Illinois Bar No. 6203096)
                                        *Printed name and bar number*

                                          490 43rd Street, Unit 115
                                             Oakland, CA 94609
                                   *Admitted in Illinois and D.C. Not admitted in
                                                California
                                                  *Address*

                                   joshua.karsh@publicrightsproject.org
                                             *E-mail address*

                                              (510) 738-6788
                                            *Telephone number*

                                              *FAX number*

| **Print** | **Save As...** | | **Reset** |