# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**THE UNITED STATE OF AMERICA,**

    **Plaintiff,**

**vs.**                                **No. 1:26-cv-01471-KG-LF**

**THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RAÚL TORREZ, in his
official Capacity as Attorney General of
the State of New Mexico; CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as Mayor of the
City of Albuquerque; DOÑA ANA
COUNTY; SCOTT ANDREWS, in his
Official Capacity as Manager of Doña Ana
County; BERNALILLO COUNTY;
CINDY CHAVEZ, in her Official Capacity
as Manager of Bernalillo County,**

    **Defendants.**

## NOTICE OF EXTENSION OF TIME FOR COUNTY DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

COME NOW Defendants, Doña Ana County and Scott Andrews, (collectively, "*Doña Ana County Defendants*"), by and through their undersigned counsel of record, the New Mexico Association of Counties (Brandon Huss, David A. Roman, and Bree Barnett), and hereby notify the Court that Plaintiff has agreed to an extension of time until August 4, 2026, for Doña Ana County Defendants to file their responsive pleading to Plaintiff's First Amended Complaint.

Respectfully submitted,

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ David A. Roman*
BRANDON HUSS
DAVID ROMAN
BREE BARNETT
444 Galisteo St
Santa Fe, NM 87501
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
bbarnett@nmcounties.org
*Attorneys for Defendants Doña Ana*
*County and Scott Andrews*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

*/s/ David A. Roman*
David A. Roman

2