IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

*Plaintiff,*

v.

THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RAÚL TORREZ, in his
Official Capacity as Attorney General of
the State of New Mexico; THE CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as Mayor of the
City of Albuquerque, BERNALILLO
COUNTY; CINDY CHAVEZ, in her Official
Capacity as Manager of Bernalillo County;
DONA AÑA COUNTY; SCOTT
ANDREWS, in his Official Capacity as
Manager of Dona Aña County,

*Defendants.*

Case No.: 1:26-cv-1471-KG-LF
The Honorable Kenneth J. Gonzales

**NOTICE OF COMPLETION OF BRIEFING**

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendants State of New Mexico and Attorney General

Raúl Torrez, hereby notify the Court that briefing has concluded on their Motion to Dismiss Plaintiff

United States's Amended Complaint. The briefing consists of the following:

Defendants State of New Mexico and Attorney General Raúl Torrez's Motion to

Dismiss the Amended Complaint, Dkt. No. 49, filed July 6, 2026;

Plaintiff's Consolidated Response in Opposition to the State of New Mexico and

Attorney General Raúl Torrez's Motion to Dismiss the Amended Complaint, and Governor

Michelle Lujan Grisham's Motion to Dismiss the Amended Complaint, Dkt. No. 63, filed July 20, 2026, and

Defendants State of New Mexico and Attorney General Raúl Torrez's Reply in support of their Motion to Dismiss the Amended Complaint, Dkt. No. 67, filed August 3, 2026.

Briefing is now complete, and Defendants State of New Mexico and Attorney General Raúl Torrez's Motion to Dismiss the Amended Complaint is ripe for decision.

August 3, 2026                                         Respectfully submitted,


/s/ Bailey Colfax

Raúl Torrez                                           Jonathan L. Backer*
Attorney General                                      Mary B. McCord*
Anjana Samant                                         Rupa Bhattacharyya
Deputy Counsel                                        INSTITUTE FOR CONSTITUTIONAL ADVOCACY
Amy Senier                                            AND PROTECTION
Senior Counsel                                        GEORGETOWN LAW
Bailey Colfax                                         600 New Jersey Ave. NW
Assistant Attorney General                            Washington, DC 20001
NEW MEXICO DEPARTMENT OF JUSTICE                      (202) 661-6671
408 Galisteo Street                                   (202) 661-6730 (fax)
Santa Fe, NM 87501                                    jb2845@georgetown.edu
(505) 490-4060                                        mbm7@georgetown.edu
asamant@nmdoj.gov                                     rupa.bhattacharyya@georgetown.edu
asenier@nmdoj.gov
bcolfax@nmdoj.gov

*Counsel for Defendants State of New Mexico and Attorney General Raúl Torrez*


*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court and served a copy upon all counsel of record registered to receive notice via the Court's CM/ECF system.

*/s/ Bailey Colfax*
Bailey Colfax