**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**THE UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                               **No. 1:26-cv-01471-KG-LF**

**THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her
Official Capacity as Governor of the State
of New Mexico; RÁUL TORREZ, in his
Official Capacity as Attorney General of
the State of New Mexico; CITY OF
ALBUQUERQUE; TIMOTHY KELLER,
in his Official Capacity as Mayor of the
City of Albuquerque; DOÑA ANA
COUNTY; SCOTT ANDREWS, in his
Official Capacity as Manager of Doña Ana
County; BERNALILLO COUNTY;
CINDY CHAVEZ, in her Official Capacity
as Manager of Bernalillo County;**

     **Defendants.**

## <u>NOTICE OF COMPLETION OF BRIEFING</u>

Defendant Governor Michelle Lujan Grisham, by and through her counsel of record, hereby give notice to the Court that briefing is complete on Governor Michelle Lujan Grisham's Motion to Dismiss First Amended Complaint. The briefing consists of the following:

1.     Governor Michelle Lujan Grisham's Motion to Dismiss First Amended Complaint, filed July 6, 2026 [Doc. 51].

2.     The United States' Consolidated Response in Opposition to Defendants State of New Mexico, Attorney General Raul Torrez, and Governor Michelle Lujan Grisham's Motions to Dismiss, filed July 20, 2026 [Doc. 63].

3.      Governor Michelle Lujan Grisham's Reply in Support of Motion to Dismiss First Amended Complaint, filed August 3, 2026 [Doc. 69].

This matter is now ready for the Court's consideration.

Respectfully submitted,

*/s/ Holly Agajanian*
**HOLLY AGAJANIAN**
*Chief General Counsel to Governor Michelle Lujan Grisham*
**KYLE P. DUFFY**
*Deputy General Counsel to Governor Michelle Lujan Grisham*
**LIZDEBETH CARRASCO-GALLARDO**
*Associate General Counsel to Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.Agajanian@exec.nm.gov
Kyle.Duffy@exec.nm.gov
Lizdebeth.Carrasco-Gallardo@exec.nm.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Holly Agajanian*
Holly Agajanian