## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-01471-KG-LF |
| v. | ) | |
| | ) | |
| THE STATE OF NEW MEXICO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendants City of Albuquerque and Mayor Timothy Keller hereby notify the Court that briefing has concluded on their Motion to Dismiss the First Amended Complaint. The briefing consists of the following:

- Defendants City of Albuquerque and Timothy Keller's Motion to Dismiss the First Amended Complaint, filed July 6, 2026 (Dkt. No. 50);
- Plaintiff United States' Response in Opposition re Motion to Dismiss, filed July 20, 2026 (Dkt. No. 64);
- Defendants City of Albuquerque and Timothy Keller's Reply to Response re Motion to Dismiss the United States' First Amended Complaint, filed August 3, 2026 (Dkt. No. 71)

Briefing is complete, and Defendants City of Albuquerque and Mayor Timothy Keller's Motion to Dismiss the First Amended Complaint is ripe for decision.

1

Dated: August 3, 2026

Respectfully Submitted,

*/s/ Joshua Karsh*

*/s/ Devon P. King*

Toby Merrill*† (MA Bar # 601071)
Litigation Director
Public Rights Project
Sai Mohan* (CA Bar # 350675)
Josh Karsh*†† (Il. Bar # 6203096)
Kayla Svihovec*‡ (DC Bar # 1735588)
Patrick Archer*‡‡ (NY Bar # 6194757)
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Toby.Merrill@publicrightsproject.org
Sai.Mohan@publicrightsproject.org
Joshua.Karsh@publicrightsproject.org
Kayla.Svihovec@publicrightsproject.org
Patrick.Archer@publicrightsproject.org

Devon P. King
Deputy City Attorney
One Civil Plaza NW
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4628
dking@cabq.gov

* Admitted *Pro Hac Vice.*
† Admitted in Massachusetts. Not
 admitted in California.
†† Admitted in Illinois. Not admitted in
California.
‡ Admitted in D.C. Not admitted in
California.
‡‡ Admitted in New York. Not admitted
in California.

*Counsel for the City of Albuquerque and Mayor Timothy Keller*

-

2