**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:26-cv-01471-KG-LF |
| v. | ) |
| | ) |
| THE STATE OF NEW MEXICO, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The City of Albuquerque and Mayor Timothy Keller, by and through their counsel of record, hereby certifies that on August 3, 2026, the City of Albuquerque and Mayor Timothy Keller's Reply Brief in Support of Their Motion To Dismiss the United States' First Amended Complaint and [Doc 71] and Notice of Completion of Briefing [Doc 72] were filed via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Dated: August 3, 2026

Respectfully Submitted,

*/s/ Joshua Karsh*                                    */s/ Devon P. King*

Toby Merrill*† (MA Bar # 601071)          Devon P. King
Litigation Director                                   Deputy City Attorney
Public Rights Project                              One Civil Plaza NW
Sai Mohan* (CA Bar # 350675)               P.O. Box 2248
Josh Karsh*†† (Il. Bar # 6203096)          Albuquerque, New Mexico 87103
Kayla Svihovec*‡ (DC Bar # 1735588)     (505) 768-4628
Patrick Archer*‡‡ (NY Bar # 6194757)     dking@cabq.gov
490 43rd Street, Unit #115

Oakland, CA 94609
(510) 738-6788
Toby.Merrill@publicrightsproject.org
Sai.Mohan@publicrightsproject.org
Joshua.Karsh@publicrightsproject.org
Kayla.Svihovec@publicrightsproject.org
Patrick.Archer@publicrightsproject.org

\* Admitted *Pro Hac Vice.*
† Admitted in Massachusetts. Not admitted in California.
†† Admitted in Illinois. Not admitted in California.
‡ Admitted in D.C. Not admitted in California.
‡‡ Admitted in New York. Not admitted in California.