UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO, *et al.*;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-CV-1471-KG-LF<br><br>NOTICE OF EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS DOÑA ANA COUNTY AND COUNTY MANAGERS' MOTION TO DISMISS |

Plaintiff the United States of America hereby notifies the Court that Defendants Doña Ana County, Stephen Lopez, Deborah Weir, and Lucio Luttrell, in their Official Capacities as Acting Managers of Doña Ana County ("Defendants"),[1] have agreed to an extension of time until August 25, 2026, for Plaintiff to file its response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint in Lieu of Answer (Dkt. No. 74).

[1] Pursuant to Fed. R. Civ. P. 25(d), Stephen Lopez, Deborah Weir, and Lucio Luttrell, in their Official Capacities as Acting Managers of Doña Ana County, and are automatically substituted for their predecessor, Scott Andrews, who has ceased to hold the office of County Manager of Doña Ana County.

DATED: August 17, 2026

Respectfully Submitted,

TODD BLANCHE
Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

RYAN ELLISON
First Assistant United States Attorney
District of New Mexico

ROBERT O. LINDEFJELD
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch

*<u>/s/ Jackson M. Story</u>*
Trial Attorney
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7304
Email: jackson.m.story@usdoj.gov

EMIL J. KIEHNE
Assistant U.S. Attorney
U.S. Attorney's Office,
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 346-6855
Email: emil.kiehne@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice