IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

Plaintiff,

v. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO, et al.,

Defendants.

**ORDER**

This matter is before the Court on Defendants the State of New Mexico and Attorney General Raúl Torrez's (the "State Defendants") Motion for Clarification on this Court's Order, Doc. 76. The State Defendants seek to file an Answer and Counterclaim in this action while their Motion to Dismiss is pending. *Id.* at 1. They represent that the counterclaims "will challenge the validity of the Otero-ICE Agreement" and "name the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and the Board of County Commissioners for Otero County as additional counter-defendants." *Id.* at 2–3.

In a Stipulated Order, the Court "adopt[ed] the Stipulation" agreed to by the parties. Doc. 12. That Stipulation stated that it "shall not bind or collaterally estop the Parties...from prosecuting or defending any and all issues raised, or from advancing any claims or defenses in this action." Doc. 10 at 3.

State Defendants' claim—that the Otero-ICE and Otero-MTC contracts are invalid—is related to the present action and indeed, may be compulsory under Federal Rule of Civil Procedure 13(a)(1) (deeming a counterclaim compulsory where it "arise[s] out of the transaction or occurrence that is the subject matter" of the existing claims and does not "require adding another party over whom the court cannot acquire jurisdiction").

Therefore, the State Defendants' request to file an Answer and Counterclaim is granted. The State Defendants' Answer and Counterclaim shall be filed in accordance with Federal Rule of Civil Procedure 12(a)(4), which requires a responsive pleading within 14 days after notice of the Court's action on the pending Motion to Dismiss.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.