# EXHIBIT A

**From:** Shantell Anderson
**To:** Tobias, Brittany; Demarais, Shereen; Virleen Ferre; Pamela Heltner
**Cc:** Michael Petrogeorge; William DeRevere; Sergio Molina; Tom Jacobson; Leann Bertsch; Dan Marquardt; Mary Calvin; Roy Nichols; ryan.ellison@usdoj.gov; Orloski, Jonathan; Kissel, Roger T
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010
**Date:** Monday, March 16, 2026 7:11:33 AM
**Attachments:** image001.jpg
image002.png

---

Yes we confirm.

---

**From:** Tobias, Brittany <Brittany.Tobias@ice.dhs.gov>
**Sent:** Monday, March 16, 2026 6:36 AM
**To:** Demarais, Shereen <Shereen.Demarais@ice.dhs.gov>; Shantell Anderson <Shantell.Anderson@mtctrains.com>; Virleen Ferre <Virleen.Ferre@mtctrains.com>; Pamela Heltner <pheltner@co.otero.nm.us>
**Cc:** Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>; Roy Nichols <rnichols@co.otero.nm.us>; ryan.ellison@usdoj.gov; Orloski, Jonathan <Jonathan.Orloski@ice.dhs.gov>; Kissel, Roger T <Roger.T.Kissel@ice.dhs.gov>
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010

All,

Please see attached task order that starts today for the new Otero award. Please keep for your records.

As an FYI – as I was reviewing the award, I realized that CLIN 0004 description, Transportation, does not accurately reflect the transportation now requested and priced in the new Otero award. I would like to change the CLIN description to:

FFP Transportation Services
Transportation Services at the site up to 12,500 miles/month (150,000 miles annually)

Please confirm the change to the CLIN description. Please let me know if there will be any issues with bilaterally signing or if we can make this change unilaterally.

Thank you,
**Brittany M. Tobias** | CFCM
Section Chief | Supervisory Contracting Officer
DHS | ICE |Office of Acquisition Management (OAQ)
Detention, Compliance & Removals (DCR)
| (202) 878-1666 | Brittany.Tobias@ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, any review, dissemination, distribution, or copying of this message is strictly prohibited. Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** Demarais, Shereen <Shereen.Demarais@ice.dhs.gov>
**Sent:** Saturday, March 14, 2026 9:06 AM
**To:** Shantell Anderson <shantell.anderson@mtctrains.com>; Virleen Ferre <Virleen.Ferre@mtctrains.com>; Pamela Heltner <pheltner@co.otero.nm.us>
**Cc:** Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>; Tobias, Brittany <Brittany.Tobias@ice.dhs.gov>; Roy Nichols <rnichols@co.otero.nm.us>; ryan.ellison@usdoj.gov; Orloski, Jonathan <Jonathan.Orloski@ice.dhs.gov>; Kissel, Roger T <Roger.T.Kissel@ice.dhs.gov>
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010

Apologies, forgot to include the signed IGSA document.

Thank you!

Shereen Demarais
Contract Specialist
Detention, Compliance & Removals (DCR)
DHS | ICE |Office of Acquisition Management (OAQ)
| (682) 308-7110 | Shereen.Demarais@ice.dhs.gov

---

**From:** Demarais, Shereen
**Sent:** Saturday, March 14, 2026 8:02 AM
**To:** Shantell Anderson <shantell.anderson@mtctrains.com>; Virleen Ferre <Virleen.Ferre@mtctrains.com>; Pamela Heltner <pheltner@co.otero.nm.us>
**Cc:** Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>; Tobias, Brittany <Brittany.Tobias@ice.dhs.gov>; Roy Nichols <rnichols@co.otero.nm.us>; 'ryan.ellison@usdoj.gov' <ryan.ellison@usdoj.gov>; Orloski, Jonathan <Jonathan.Orloski@ice.dhs.gov>; Kissel, Roger T <Roger.T.Kissel@ice.dhs.gov>
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010

Good morning,

Please see attached for the fully executed version of the SF 1449 70CDCR26DIG000010. We

will have the signed task order to you by Monday.

Thank you!

Shereen Demarais
Contract Specialist
Detention, Compliance & Removals (DCR)
DHS | ICE |Office of Acquisition Management (OAQ)
| (682) 308-7110 | Shereen.Demarais@ice.dhs.gov

---

**From:** Tobias, Brittany <Brittany.Tobias@ice.dhs.gov>
**Sent:** Friday, March 13, 2026 10:56 AM
**To:** Virleen Ferre <Virleen.Ferre@mtctrains.com>; Demarais, Shereen <Shereen.Demarais@ice.dhs.gov>; Roy Nichols <rnichols@co.otero.nm.us>; Pamela Heltner <pheltner@co.otero.nm.us>
**Cc:** Shantell Anderson <Shantell.Anderson@mtctrains.com>; Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010

+ @Roy Nichols@Pamela Heltner

Adding Otero County.

Thank you,

**Brittany M. Tobias** | CFCM
Section Chief | Supervisory Contracting Officer
DHS | ICE |Office of Acquisition Management (OAQ)
Detention, Compliance & Removals (DCR)
| (202) 878-1666 | Brittany.Tobias@ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, any review, dissemination, distribution, or copying of this message is strictly prohibited. Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** Tobias, Brittany
**Sent:** Friday, March 13, 2026 8:07 AM
**To:** 'Virleen Ferre' <Virleen.Ferre@mtctrains.com>; Demarais, Shereen <Shereen.Demarais@ice.dhs.gov>
**Cc:** Shantell Anderson <Shantell.Anderson@mtctrains.com>; Michael Petrogeorge

<Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>
**Subject:** RE: Otero IGSA - 70CDCR26DIG000010

Otero County/MTC,

Please see updated IGSA with updates as requested.

Thank you,
**Brittany M. Tobias** | CFCM
Section Chief | Supervisory Contracting Officer
DHS | ICE |Office of Acquisition Management (OAQ)
Detention, Compliance & Removals (DCR)
| (202) 878-1666 | Brittany.Tobias@ice.dhs.gov

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, any review, dissemination, distribution, or copying of this message is strictly prohibited. Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** Virleen Ferre <Virleen.Ferre@mtctrains.com>
**Sent:** Thursday, March 12, 2026 5:38 PM
**To:** Tobias, Brittany <brittany.tobias@ice.dhs.gov>; Demarais, Shereen <shereen.demarais@ice.dhs.gov>
**Cc:** Shantell Anderson <Shantell.Anderson@mtctrains.com>; Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Virleen Ferre <Virleen.Ferre@mtctrains.com>; Tom Jacobson <Tom.Jacobson@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>; Dan Marquardt <Dan.Marquardt@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>
**Subject:** FW: Otero IGSA - 70CDCR26DIG000010
**Importance:** High

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good Afternoon Brittany and Demarais,

In reviewing the contract our attorney picked up that the new contract termination language has reverted back to "either party" having the right to terminate the agreement. The below changes are necessary to insulate the agreement against HB9, which would require the County to exercise any termination options it has under the contract upon

the statutory effective date on May 20. Can you please make the below changes to the contract and return it back to us asap.

If you have any questions and/or are in need of further information, please don't hesitate to give me a call.

Thanks,

Virleen



This email message, including any attachments, is for the sole use of the intended recipient and may contain sensitive but unclassified information or Privacy Act data. Any unauthorized review, use, disclosure, or distribution of this email or any attachments is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone or reply email and permanently delete and destroy all copies of the original message and any of its attachments.

---

**From:** Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>
**Sent:** Thursday, March 12, 2026 3:20 PM
**To:** Virleen Ferre <Virleen.Ferre@mtctrains.com>; Sergio Molina <Sergio.Molina@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Shantell Anderson <Shantell.Anderson@mtctrains.com>
**Cc:** Dan Marquardt <Dan.Marquardt@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>
**Subject:** Re: Otero IGSA - 70CDCR26DIG000010

**CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT COMMUNICATION**

Virleen and Shantell,

The fifth paragraph of the "Agreement Summary" on page 1 of the draft IGSA needs to be

modified as indicated in red below:

**"The agreement will remain in effect for a period not to exceed 60 months unless extended by bilateral modification or terminated in writing by ~~either party~~ ICE in in accordance with the terms of Article ~~13~~ 14 of this agreement."**

Section 14(B) of the draft IGSA also needs to be modified as indicated in red below:

**"Except for as described in Article 7, Inspections & Audits, Paragraph C, ~~either party~~ ICE may terminate this agreement by providing written notice of intention to terminate the agreement, a minimum of 60 calendar days in advance of the effective date of termination, unless ~~or~~ the parties may agree to a shorter period under the procedures prescribed in Article 17, Modifications and Disputes. The service agreement shall not have the right to terminate this agreement. If this agreement is terminated by ICE ~~either party~~ under this Article, ICE will be under no financial obligation for the costs after the date of termination. The service provider will only be paid for services provided to ICE up to and including the day of termination."**

These changes are necessary to insulate the agreement against HB9, which would require the County to exercise any termination options it has under the contract upon the statutory effective date on May 20.

Michael P. Petrogeorge
Vice President & General Counsel

Book time to meet with me

This e-mail may contain information that is legally privileged, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify me by telephone or return e-mail, and delete it from your computer.

---

**From:** Virleen Ferre <Virleen.Ferre@mtctrains.com>
**Sent:** Thursday, March 12, 2026 2:31 PM
**To:** Sergio Molina <Sergio.Molina@mtctrains.com>; Michael Petrogeorge <Michael.Petrogeorge@mtctrains.com>; Mary Calvin <Mary.Calvin@mtctrains.com>; William DeRevere <William.DeRevere@mtctrains.com>; Shantell Anderson <Shantell.Anderson@mtctrains.com>
**Cc:** Dan Marquardt <Dan.Marquardt@mtctrains.com>; Leann Bertsch <Leann.Bertsch@mtctrains.com>
**Subject:** FW: Otero IGSA - 70CDCR26DIG000010

Good Afternoon,

We have just received the new Otero II contract and wanted to keep everyone in the loop. Shantell is currently in the process of reviewing both the contract and all accompanying documents to ensure everything is in order. Please note that this contract will need to be signed by Otero County, and Pam is the designated signatory. However, Pam must first obtain approval to sign the new contract during the Otero County meeting.

As you may know, it can sometimes take a bit of time to get scheduled on the agenda and present the contract at the Otero County meeting. Given that the current contract is set to end on March 15th, we are hopeful Pam can arrange for an emergency meeting to expedite the approval process. Shantell is reaching out to Pam right away to get things moving and to see if we can get an emergency meeting scheduled.

If you have any questions or need additional information, please let me know.

---

**From:** Demarais, Shereen <Shereen.Demarais@ice.dhs.gov>
**Sent:** Thursday, March 12, 2026 1:45 PM
**To:** Shantell Anderson <Shantell.Anderson@mtctrains.com>
**Cc:** William DeRevere <William.DeRevere@mtctrains.com>; Virleen Ferre <Virleen.Ferre@mtctrains.com>; Tobias, Brittany <Brittany.Tobias@ice.dhs.gov>; Orloski, Jonathan <Jonathan.Orloski@ice.dhs.gov>; Kissel, Roger T <Roger.T.Kissel@ice.dhs.gov>
**Subject:** Otero IGSA - 70CDCR26DIG000010

Good afternoon,

ICE is ready to award the IGSA 70CDCR26DIG000010 for the Otero County Processing Center. Please review the attached documents and return the SF 1449 70CDCR26DIG000010 signed, at your earliest convenience.

The following documents constitute the complete agreement and are hereby incorporated directly or by reference:

- Standard Form 1449 70CDCR26DIG000010
- Intergovernmental Service Agreement (IGSA) 70CDCR26DIG000010

Attachments:

- Attachment 1 – Title 29, Part 4 Labor Standards for Federal Service Contracts
- Attachment 2 – Wage Determination Number: 2015-5455, Rev 29
- Attachment 3 – Quality Assurance Surveillance Plan and Performance Requirements

Summary (PBNDS 2011 with 2016 revisions)
        - Attachment 3A –Contract Discrepancy Report (CDR) Template
- Attachment 4 – Quality Control Plan
- Attachment 5 – Prison Rape Elimination Act (PREA) Regulations
- Attachment 6 – Detention-Transportation Invoice Supporting Documentation Template
- Attachment 7 – Combatting Trafficking in Persons
- Attachment 8 – ICE Privacy, Records Management, and Safeguarding of Sensitive Information
- Attachment 9 – Physical Plant Requirements
- Attachment 10 – Transportation Requirements
    - Attachment 10A – Transportation Summary
- Attachment 11 – Virtual Attorney Visitation
- Attachment 12 - Transgender Requirements
- Attachment 13 – Staffing Plan
    - Attachment 13a – Detention Facility Floor Plan
- Attachment 14 – Performance Work Statement (PWS)
- Attachment 15 – Award Value

Please let us know if you have any questions.

Thank you!

Shereen Demarais
Contract Specialist
Detention, Compliance & Removals (DCR)
DHS | ICE |Office of Acquisition Management (OAQ)
| (682) 308-7110 | Shereen.Demarais@ice.dhs.gov