UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO, et al.;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-CV-1471-KG-LF<br><br>UNOPPOSED MOTION TO SUBSTITUTE BOARD OF COUNTY COMMISSIONERS OF COUNTY OF DOÑA ANA AND BOARD OF COUNTY COMMISSIONERS OF COUNTY OF BERNALILLO |

Plaintiff, the United States of America, moves the Court to substitute parties to reflect the proper name of such parties under NMSA § 4-46-1. Specifically, the United States moves the Court to allow the substitution of (i) the Board of County Commissioners of the County of Doña Ana for Defendant Doña Ana County, and (ii) the Board of County Commissioners of the County of Bernalillo for Defendant Bernalillo County. Defendant Doña Ana County and Defendant Bernalillo County do not oppose the relief requested herein.

Although the counties themselves are the real parties in interest, *see Mayer v. Bernalillo Cnty.*, No. CV 18-0666 JB\SCY, 2018 WL 6594231, at *33 (D.N.M. Dec. 13, 2018) ("[T]o sue the county, a plaintiff must name the board of county commissioners."), such relief is appropriate to properly name a county of the State of New Mexico in accordance with New Mexico law. *See, e.g.*, *Morris v. Sw. Counseling Ctr., Inc.*, No. 10-CV-0050 LH/SMV, 2012 WL 13076584, at *4 (D.N.M. Aug. 13, 2012) ("The Court will construe this portion of the Motion as a motion to substitute 'Doña Ana County Board of County Commissioners' in place of 'Doña Ana County.' I recommend that the Motion be granted to that extent."); *Mayer*, No. CV 18-0666 JB\SCY, 2018 WL 6594231, at *33 ("Accordingly, the Court will grant Mayer leave to amend her Complaint and

add the Board of County Commissioners of the County of Bernalillo as defendant."); *Bad Hand v. Cnty. of Taos New Mexico*, No. CV 21-784 KG/GBW, 2022 WL 2341673, at *3 (D.N.M. June 29, 2022) ("IT IS HEREBY ORDERED that Board of County Commissioners of the County of Taos is SUBSTITUTED for The County of Taos, New Mexico, as Defendant in this action"). Accordingly, the United States seeks to substitute the Board of County Commissioners for the respective counties to ensure that the proper party is named as a defendant.

WHEREFORE, the United States respectfully requests that this Court substitute (i) the Board of County Commissioners of the County of Doña Ana in place of Defendant Doña Ana County, and (ii) the Board of County Commissioners of the County of Bernalillo in place of Defendant Bernalillo County.

DATED: August 20, 2026

Respectfully Submitted,

TODD BLANCHE
Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

RYAN ELLISON
First Assistant United States Attorney
District of New Mexico

ROBERT O. LINDEFJELD
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7304
Email: jackson.m.story@usdoj.gov

EMIL J. KIEHNE
Assistant U.S. Attorney
U.S. Attorney's Office,
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 346-6855
Email: emil.kiehne@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice