**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01471-KG-LF |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE CITY OF ALBUQUERQUE AND MAYOR TIMOTHY KELLER**

Attorney Patrick Archer respectfully moves the Court to withdraw as counsel of record in the above-captioned matter, in accordance with Local Rule 83.8(a). Attorney Archer will no longer be working with the team litigating the case at Public Rights Project as of August 28, 2026.

Defendants the City of Albuquerque and Mayor Timothy Keller consent to this withdrawal. These Defendants remain ably represented by Toby Merrill, Sai Mohan, Joshua Karsh, and Kayla Svihovec of Public Rights Project, all of whom have entered their appearances on behalf of Defendants.

Dated: August 26, 2026

Respectfully Submitted,

*/s/ Patrick Archer*
Patrick Archer*‡‡ (NY Bar # 6194757)
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Patrick.Archer@publicrightsproject.org

* Admitted *Pro Hac Vice.*
‡‡ Admitted in New York. Not admitted in California.

*Counsel for the City of Albuquerque and Mayor Timothy Keller*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Patrick Archer*
Patrick Archer