**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE STATE OF NEW MEXICO;
MICHELLE LUJAN GRISHAM, in her Official Capacity as Governor of the State of New Mexico;
RAÚL TORREZ, in his Official Capacity as Attorney General of the State of New Mexico;
CITY OF ALBUQUERQUE; TIMOTHY KELLER, in his Official Capacity as Mayor of the City of Albuquerque, BOARD OF COUNTY COMMISSIONERS OF COUNTY OF BERNALILLO; CINDY CHAVEZ, in her Official Capacity as Manager of Bernalillo County; BOARD OF COUNTY COMMISSIONERS OF COUNTY OF DONA AÑA; SCOTT ANDREWS, in his Official Capacity as Manager of Dona Aña County,

*Defendants*.

Case No.: 1:26-cv-1471-KG-LF

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS THE STATE OF NEW MEXICO AND ATTORNEY GENERAL RAÚL TORREZ AND DEFENDANT-COUNTERCLAIM PLAINTIFF THE STATE OF NEW MEXICO**

THE STATE OF NEW MEXICO ex rel.
RAÚL TORREZ, Attorney General of the State of New Mexico,

*Defendant-Counterclaim Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Plaintiff-Counter-Defendant,*

and

DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, and BOARD OF COUNTY COMMISSIONERS FOR OTERO COUNTY,

*Counterclaim Defendants*.

Pursuant to Local Civil Rules 83.4(b) and 83.8, undersigned counsel, Amy Senier, Senior Counsel, New Mexico Department of Justice, respectfully moves to withdraw her appearance as counsel for Defendants the State of New Mexico and Raúl Torrez, in his official capacity as Attorney General of New Mexico, and Defendant-Counterclaim Plaintiff the State of New Mexico. Defendants the State of New Mexico and Attorney General Torrez and Defendant and Counter-Plaintiff/Third-Party Plaintiff the State of New Mexico consent to this withdrawal. They will continue to be represented by Deputy Counsel Anjana Samant and Assistant Attorney General Bailey Colfax of the New Mexico Department of Justice, and Jonathan L. Backer, Mary B. McCord, and Rupa Bhattacharyya of the Institute for Constitutional Advocacy and Protection, all of whom have entered appearances in this case.

Dated: August 28, 2026

Respectfully submitted,

*/s/_Amy Senier*___________

Amy Senier
Senior Counsel
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
asenier@nmdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court and served a copy upon all counsel of record registered to receive notice via the Court's CM/ECF system.

*/s/ Amy Senier*________
AMY SENIER