**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE STATE OF NEW MEXICO; MICHELLE LUJAN GRISHAM, in her Official Capacity as Governor of the State of New Mexico; RAÚL TORREZ, in his Official Capacity as Attorney General of the State of New Mexico; CITY OF ALBUQUERQUE; TIMOTHY KELLER, in his Official Capacity as Mayor of the City of Albuquerque, BOARD OF COUNTY COMMISSIONERS OF COUNTY OF BERNALILLO; CINDY CHAVEZ, in her Official Capacity as Manager of Bernalillo County; BOARD OF COUNTY COMMISSIONERS OF COUNTY OF DONA AÑA; SCOTT ANDREWS, in his Official Capacity as Manager of Dona Aña County,

*Defendants*.

Case No.: 1:26-cv-1471-KG-LF

THE STATE OF NEW MEXICO ex rel. RAÚL TORREZ, Attorney General of the State of New Mexico,

*Defendant-Counterclaim Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Plaintiff-Counter-Defendant,*

and

DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, and BOARD OF COUNTY COMMISSIONERS FOR OTERO COUNTY,

*Counterclaim Defendants*.

**ORDER**

This matter is before the Court on Counsel's Unopposed Motion to Withdraw as Counsel for Defendants the State of New Mexico and Raúl Torrez, in his official capacity as Attorney General of New Mexico, and Defendant-Counterclaim Plaintiff the State of New Mexico (Doc. 86, August 28, 2026). The Court hereby GRANTS the motion.

**SO ORDERED.**

DATED this 28th day of August, 2026

Laura Fashing
United States Magistrate Judge