**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

THE STATE OF NEW MEXICO; MICHELLE LUJAN GRISHAM, in her Official Capacity as Governor of the State of New Mexico; RAÚL TORREZ, in his Official Capacity as Attorney General of the State of New Mexico; THE CITY OF ALBUQUERQUE; TIMOTHY KELLER, in his Official Capacity as the Mayor of the City of Albuquerque; BERNALILLO COUNTY; CINDY CHAVEZ in her Official Capacity as Manager of Bernalillo County; DOÑA ANA COUNTY; SCOTT ANDREWS, in his Official Capacity as Manager of Doña Ana County,

Defendant.

No. 1:26-cv-01471-KG-LF

**NOTICE OF EXTENSION OF TIME FOR**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Board of County Commissioners of the County of Bernalillo and Cindy Chavez hereby notify the Court that Plaintiff has agreed to extend the deadline for these defendants to file the reply brief in support of their motion to dismiss to Monday, September 14, 2026.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/Mark T. Baker*

Mark T. Baker
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: mbaker@peiferlaw.com

*Attorneys for Defendants Board of County Commissioners of the County of Bernalillo and Cindy Chavez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PEIFER, HANSON & MULLINS, P.A.

*/s/Mark T. Baker*
Mark T. Baker