**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**THE UNITED STATE OF AMERICA,**

**Plaintiff,**

**vs.** **No. 1:26-cv-01471-KG-LF**

**THE STATE OF NEW MEXICO; MICHELLE LUJAN GRISHAM, in her Official Capacity as Governor of the State of New Mexico; RAÚL TORREZ, in his official Capacity as Attorney General of the State of New Mexico; CITY OF ALBUQUERQUE; TIMOTHY KELLER, in his Official Capacity as Mayor of the City of Albuquerque; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOÑA ANA; STEVEN LOPEZ, DEBORAH WEIR, and LUCIO LUTTRELL in their Official Capacities as Acting Managers of Doña Ana County; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO; CINDY CHAVEZ, in her Official Capacity as Manager of Bernalillo County,**

**Defendants.**

**NOTICE OF COMPLETION OF BRIEFING**

Please take notice that the briefing is complete on Defendants Board of County Commissioners of the County of Doña Ana County, Steven Lopez, Deborah Weir, and Lucio Luttrell's (*hereinafter* "Doña Ana County Defendants") Motion to Dismiss Plaintiff's First Amended Complaint in Lieu of Answer. The following briefs were filed:

1. Doña Ana County Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 74], filed August 4, 2026.
2. Plaintiff's Response in Opposition to Doña Ana County Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 83], filed August 25, 2026.

3. Doña Ana County Defendants' Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 88], filed September 8, 2026.

4. Accordingly, the motion is fully briefed and ready for a decision.

Respectfully submitted,

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ David A. Roman*

BRANDON HUSS
DAVID ROMAN
BREE BARNETT
444 Galisteo St
Santa Fe, NM 87501
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
bbarnett@nmcounties.org
*Attorneys for Defendants Doña Ana County and Scott Andrews*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

*/s/ David A. Roman*
David A. Roman