UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE STATE OF NEW MEXICO, *et al.*;<br><br>*Defendants*. | Civil Action No. 1:26-CV-1471-KG-LF<br><br>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT THE UNITED STATES OF AMERICA |
| THE STATE OF NEW MEXICO ex rel. RAUL TORREZ, Attorney General of the State of New Mexico,<br><br>*Defendant/Counterclaim-Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Plaintiff/Counterclaim-Defendant*,<br><br>and<br><br>DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, and BOARD OF COUNTY COMMISSIONERS FOR OTERO COUNTY,<br><br>*Counterclaim-Defendants*. | |

Pursuant to Local Civil Rules 83.4(b) and 83.8, undersigned counsel, Jackson M. Story, Trial Attorney, U.S. Department of Justice, respectfully moves to withdraw his appearance as counsel for Plaintiff/Counterclaim-Defendant the United States of America. The United States of

America consents to this withdrawal and will continue to be represented by Tiberius T. Davis, Robert O. Lindefjeld, and Emil J. Kiehne, all of whom have entered appearances in this case.

DATED: September 9, 2026

Respectfully Submitted,

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7304
Email: jackson.m.story@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jackson M. Story*
Trial Attorney
U.S. Department of Justice