IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE STATE OF NEW MEXICO, *et al.*;

*Defendants*.

---

THE STATE OF NEW MEXICO ex rel. RAUL TORREZ, Attorney General of the State of New Mexico,

*Defendant/Counterclaim-Plaintiff*,

v.

THE UNITED STATES OF AMERICA,

*Plaintiff/Counterclaim-Defendant*,

and

DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, and BOARD OF COUNTY COMMISSIONERS FOR OTERO COUNTY,

*Counterclaim-Defendants*.

Civil Action No. 1:26-CV-1471-KG-LF

**ORDER**

This matter is before the Court on Counsel's Unopposed Motion to Withdraw as Counsel for Plaintiff/Counterclaim-Defendant the United States of America (Doc. 91, September 9, 2026). The Court hereby **GRANTS** the motion.

**SO ORDERED.**

DATED this 9th day of September, 2026.

LAURA FASHING
UNITED STATES MAGISTRATE JUDGE