**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

No. 1:26-cv-01471-KG-LF

THE STATE OF NEW MEXICO; MICHELLE LUJAN GRISHAM, in her Official Capacity as Governor of the State of New Mexico; RAÚL TORREZ, in his official Capacity as Attorney General of the State of New Mexico; CITY OF ALBUQUERQUE; TIMOTHY KELLER, in his Official Capacity as Mayor of the City of Albuquerque; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOÑA ANA; STEVEN LOPEZ, DEBORAH WEIR, and LUCIO LUTTRELL in their Official Capacities as Acting Managers of Doña Ana County; BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO; CINDY CHAVEZ, in her Official Capacity as Manager of Bernalillo County,

Defendants.

**NOTICE OF COMPLETION OF BRIEFING**

Pursuant to D.N.M.LR-Civ 7.4(e), Defendants Board of County Commissioners of the County of Bernalillo and Cindy Chavez hereby notifies the Court that all briefing on Defendants Bernalillo County and Cindy Chavez's Motion to Dismiss First Amended Complaint [Doc. 42] is complete and the Motion is ready for decision. The following documents have been filed in connection with this Motion:

1. Defendants Bernalillo County and Cindy Chavez's Motion to Dismiss First Amended Complaint [Doc. 42], filed 08/10/2026

2. Plaintiff's Response in Opposition to Defendants Bernalillo County and County Manager Cindy Chavez's Motion to Dismiss, filed 08/24/2026.

3. Reply in Support of Board of County Commissioners of the County of Bernalillo and Cindy Chavez's Motion to Dismiss First Amended Complaint [Doc. 42].

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/Mark T. Baker*
Mark T. Baker
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: mbaker@peiferlaw.com

*Attorneys for Defendants Board of County Commissioners of the County Bernalillo and Cindy Chavez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of September 2026, the foregoing was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Mark T. Baker*
Mark T. Baker