AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

UNITED STATES OF AMERICA
*Plaintiff*
v.
THE STATE OF NEW MEXICO et al.
*Defendant*

Case No. 1:26-cv-01471-KG-LF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 09/17/2026

/s/ Alexander William Furtaw
*Attorney's signature*

Alexander William Furtaw (D.C. Bar No 90036368)
*Printed name and bar number*

Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste 6400 South
Washington, D.C. 20001
*Address*

alexander.w.furtaw@usdoj.gov
*E-mail address*

(202) 598-5667
*Telephone number*

*FAX number*