**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Selina Maes
Otero County Clerk
1104 N White Sands Blvd., Suite C
Alamogordo, NM 88310

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Michelle Mart
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) Michelle Martinez

C. Date of Delivery 9-3-2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7003 2260 0003 7256 6081

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540