AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff(s)*<br>v.<br>STATE OF NEW MEXICO, et al.,<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-01471-KG-LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEPARTMENT OF HOMELAND SECURITY
MS 0485 Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anjana Samant
Bailey Colfax
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court — District of New Mexico

Date: Wednesday, August 26, 2026

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-01471-KG-LF

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C. Chavez, by USPS, Certified Mail Return Receipt, , who is designated by law to accept service of process on behalf of *(name of organization)* Defendant Department of Homeland Security on *(date)* September 4, 2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

Renea Gray
*Server's signature*

Renea Gray, Senior Paralegal
*Printed name and title*

New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
*Server's address*

Additional information regarding attempted service, etc: