**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS SERVER
U.S. Attorney Office-District of NM
201 3rd Street NW, Suite 900
Albuquerque, New Mexico 87102

OBO DHS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Clara Chavez ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 2260 0003 7256 6067

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540