IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO et al.,<br><br>Defendants. | ) | Case No. 1:26-CV-1471-KG-LF |
| THE STATE OF NEW MEXICO *ex rel.* RAUL TORREZ, Attorney General of the State of New Mexico,<br><br>Counterplaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>Counterdefendants. | ) | ENTRY OF APPEARANCE |

COMES NOW, ADAMS+CROW LAW FIRM (Samantha M. Adams), and hereby enters its appearance of record as counsel for the Board of County Commissioners for Otero County ("Otero County") in connection with the above referenced matter.

Respectfully submitted,

ADAMS+CROW LAW FIRM

By: /s/ *Samantha M. Adams*

Samantha M. Adams
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
Phone: (505) 582-2819
Fax: (505) 212-0439
sam@adamscrow.com

and

*/s/ R.B. Nichols*
R.B. Nichols
County Attorney, Otero County
1101 New York Avenue, Room 203
Alamogordo, New Mexico 88310
Telephone: (575) 437-7427
rnichols@co.otero.nm.us

*Counsel for Counterclaim Defendant Board of County Commissioners for Otero County*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically through the U.S. District Court for the District of New Mexico's CM/ECF filing system on the 29th day of October 2026, which caused all attorneys to be electronically served.

ADAMS+CROW LAW FIRM

*/s/ Samantha M. Adams*
Samantha M. Adams