IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO et al.,<br><br>Defendants. | Case No. 1:26-CV-1471-KG-LF |
| THE STATE OF NEW MEXICO *ex rel.* RAUL TORREZ, Attorney General of the State of New Mexico,<br><br>Counterplaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>Counterdefendants. | JOINT MOTION BY COUNTERPLAINTIFF THE STATE OF NEW MEXICO AND COUNTERDEFENDANTS THE UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, AND BOARD OF COUNTY COMMISSIONERS FOR OTERO COUNTRY FOR PROPOSED BRIEFING SCHEDULE AND INCREASED PAGE LIMITS |

Counterplaintiff the State of New Mexico ("Counterplaintiff") and Counterdefendants the United States of America; Department of Homeland Security ("DHS"); Immigration and Customs Enforcement ("ICE") (collectively "Federal Defendants"); and the Board of County Commissioners for Otero County (the "Board"), by and through undersigned counsel, jointly move for an order entering a proposed briefing schedule and increasing page limits in the above-captioned matter.

On June 22, 2026, the United States filed the operative complaint in the above-captioned matter against Counterplaintiff. Dkt. No. 42. On August 19, 2026, Counterplaintiff filed its Answer

& Counterclaims, which joins DHS, ICE, and the Board as parties to this action and pleads counterclaims against the Federal Defendants and the Board. Dkt. No. 79. The Board was served on September 16, 2026, and its response was due October 7, 2026. Dkt. No. 98. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the United States' deadline to respond to the Answer & Counterclaims was October 18, 2026. DHS was served on September 4, 2026, and its response was due November 3, 2026. Dkt. No. 100. ICE was served on September 15, 2026, and its response was due November 13, 2026. Dkt. No. 99.

The Federal Defendants and the Board intend to move to dismiss Counterplaintiff's counterclaims. And the Federal Defendants intend to jointly file their motion. The parties have conferred and seek entry of a briefing scheduling that provides the parties sufficient time and pages to fully and expeditiously brief the issues in this matter.

For these reasons, the parties respectfully move that the Court set the following filing deadlines and page limits:

<table>
<tr><th>Date</th><th>Filing</th><th>Page Limit</th></tr>
<tr><td rowspan="2">November 23, 2026</td><td>Federal Defendants' Motion to Dismiss the counterclaims pled in the Answer & Counterclaims</td><td rowspan="2">27 pages</td></tr>
<tr><td>The Board's Motion to Dismiss the counterclaims pled in the Answer & Counterclaims</td></tr>
<tr><td rowspan="2">December 23, 2026</td><td>Counterplaintiff's Response to Federal Defendants' Motion</td><td rowspan="2">27 pages</td></tr>
<tr><td>Counterplaintiff's Response to the Board's Motion</td></tr>
</table>

| | | |
|---|---|---|
| January 13, 2027 | Federal Defendants' Reply | 15 pages |
| | The Board's Reply | |

DATED: November 2, 2026

Respectfully submitted,


/s/ Bailey Colfax
Raúl Torrez
Attorney General
Anjana Samant
Deputy Counsel
Bailey Colfax
Assistant Attorney General
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
asamant@nmdoj.gov
bcolfax@nmdoj.gov
*Attorneys for the State of New Mexico*

By: /s/ Samantha M. Adams
Samantha M. Adams
ADAMS+CROW LAW FIRM
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
Phone: (505) 582-2819
Fax: (505) 212-0439
sam@adamscrow.com
-and-
R.B. Nichols
County Attorney, Otero County
1101 New York Avenue, Room 203
Alamogordo, New Mexico 88310
Telephone: (575) 437-7427
rnichols@co.otero.nm.us
*Counsel for Counterclaim Defendant Board of County Commissioners for Otero County*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

ROBERT O. LINDEFJELD
Assistant Director
/s/ Alexander William Furtaw
Alexander William Furtaw (D.C. Bar No. 90036368)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 598-5667
Email: alexander.w.furtaw@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I served this Joint Motion and proposed order on all parties registered with the Court's CM/ECF system by filing this Joint Motion and proposed order with the Court's CM/ECF system.

*/s/ Alexander William Furtaw*
Alexander William Furtaw
U.S. Department of Justice