IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

THE STATE OF NEW MEXICO, et al.,

Defendants.

1:26-CV-1471-KG-LF

THE STATE OF NEW MEXICO *ex rel.* RAUL TORREZ, Attorney General of the State of New Mexico,

Counterplaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

Counterdefendants.

**[JOINT PROPOSED] ORDER**

Upon consideration of the joint motion for entry of a briefing schedule and increased page limits, it is hereby **ORDERED** that the parties' joint motion is **GRANTED** and an Order is **ENTERED** as follows:

1. The deadline for the United States of America, the Department of Homeland Security ("DHS"), and Immigration and Customs Enforcement ("ICE") to file a motion to dismiss the counterclaims is **November 23, 2026**. The page limit for the motion is **27 pages**.

2. The deadline for the Board of County Commissioners for Otero County ("Board") to file a motion to dismiss the counterclaims is **November 23, 2026**. The page limit for the motion is **27 pages**.
3. The State of New Mexico's deadline to file responses to both motions is **December 23, 2026**. The page limit for each response is **27 pages**.
4. The deadline for the United States, DHS, and ICE to file a reply is **January 13, 2027**. The page limit for the reply is **15 pages**.
5. The deadline for the Board to file a reply is **January 13, 2027**. The page limit for the reply is **15 pages**.

DATED: _____________, 2026, at ____________________.

BY THE COURT:

_____________________________________