IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

THE STATE OF NEW MEXICO, et al.,

Defendants.

1:26-CV-1471-KG-LF

THE STATE OF NEW MEXICO *ex rel.* RAUL TORREZ, Attorney General of the State of New Mexico,

Counterplaintiff,

v.

THE UNITED STATES OF AMERICA, et al.,

Counterdefendants.

**ORDER**

Upon consideration of the joint motion for entry of a briefing schedule and increased page limits, it is hereby **ORDERED** that the parties' joint motion is **GRANTED** and an Order is **ENTERED** as follows:

1. The deadline for the United States of America, the Department of Homeland Security ("DHS"), and Immigration and Customs Enforcement ("ICE") to file a motion to dismiss the counterclaims is **November 23, 2026**. The page limit for the motion is **27 pages**.

2. The deadline for the Board of County Commissioners for Otero County ("Board") to file a motion to dismiss the counterclaims is **November 23, 2026**. The page limit for the motion is **27 pages**.
3. The State of New Mexico's deadline to file responses to both motions is **December 23, 2026**. The page limit for each response is **27 pages**.
4. The deadline for the United States, DHS, and ICE to file a reply is **January 13, 2027**. The page limit for the reply is **15 pages**.
5. The deadline for the Board to file a reply is **January 13, 2027**. The page limit for the reply is **15 pages**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.