**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE STATE OF NEW MEXICO, *et al.,*

Defendants.

No. 1:26-cv-01471-KG-LF

**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO AND CINDY CHAVEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION TO DISMISS AND REPLY IN SUPPORT THEREOF [DOC NOS. 75 AND 93]**

Pursuant to Rule D.N.M.LR-Civ. 7.8(b), Defendants Board of County Commissioners of the County of Bernalillo and Cindy Chavez hereby provide notice of pertinent and significant supplemental authority. In *United States v. City of New York*, 25cv04084, 2026 WL 3083753 (E.D.N.Y. Oct. 15, 2026), the court addressed the principal issues now before this Court, including preemption, *see id.* at *7-8, and intergovernmental immunity (including the anticommandeering doctrine), *see id.* at *9-12, discussed, respectively, at pages 9-16 and 16-18 of the motion (Doc. 75) and pages 4-10 and 10-11 of the reply (Doc. 93).

Respectfully submitted,

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: /s/Mark T. Baker
Mark T. Baker
Matthew E. Jackson
Post Office Box 25245
Albuquerque, NM 87125-5245
Tel: 505-247-4800
Email: mbaker@peiferlaw.com
mjackson@peiferlaw.com

*Attorneys for Defendants Board of County Commissioners for Bernalillo County and Cindy Chavez*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of November 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PEIFER, HANSON & MULLINS, P.A.

*/s/Mark T. Baker*
Mark T. Baker