**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW MEXICO et al.,<br><br>Defendants. | Case No. 1:26-CV-1471-KG-LF |
| THE STATE OF NEW MEXICO *ex rel.* RAUL TORREZ, Attorney General of the State of New Mexico,<br><br>Counterplaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA et al.,<br><br>Counterdefendants. | NOTICE OF AGREED EXTENSION OF TIME |

**NOTICE OF AGREED EXTENSION OF TIME**

The Board of County Commissioners for Otero County ("Otero County"), by and through counsel, ADAMS+CROW LAW FIRM (Samantha M. Adams and Hannah M. Kohler), hereby gives notice of an agreed extension of time for Otero County to file its Motion to Dismiss and Crossclaims.

The Parties agree to extension of time as follows: The deadline for Otero County to file its Motion to Dismiss and for Crossclaims is December 2, 2026.

Respectfully submitted,

ADAMS+CROW LAW FIRM

By: */s/ Samantha M. Adams*
Samantha M. Adams
Hannah M. Kohler
5051 Journal Center Blvd. NE, Suite 320
Albuquerque, New Mexico 87109
Phone: (505) 582-2819
Fax: (505) 212-0439
sam@adamscrow.com
*Attorneys for Board of County Commissioners for Otero County*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically through the U.S. District Court for the District of New Mexico's CM/ECF filing system on the 23rd day of November 2026, which caused all attorneys to be electronically served.

ADAMS+CROW LAW FIRM

By */s/ Samantha M. Adams*
Samantha M. Adams