AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

The United States of America
*Plaintiff*
v.
THE STATE OF NEW MEXICO, et al.,
*Defendant*

Case No. 1:26-cv-1471-KG-LF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The State of New Mexico and Raul Torrez .

Date: 11/25/2026

/s/Daniel J. Lenerz
*Attorney's signature*

Daniel J. Lenerz, DC Bar 888283905
*Printed name and bar number*

Institute for Constitutional Advocacy and Protection
600 New Jersey Ave. NW
Washington, DC 20001
*Address*

dl1377@georgetown.edu
*E-mail address*

(202) 655-9288
*Telephone number*

(202) 661-6730
*FAX number*